| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Terrmy (signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): TOMMIE J HALSO[A]   C. Date of Delivery |
| 1. Article Addressed to:<br>Elton N. Dean, Sr.<br>Montgomery City Commission<br>P.O. Box 1667<br>Montgomery, AL 36102<br><br>07cv384 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>MAY 10 2007<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0220 0004 2273 2026 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540