**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

W. Ken Upchurch, III
W. K. Upchurch Const. Co.
1001 Monticello Ct.
Montgomery, AL 36117

07cv384 S&C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Megan Farrell
☐ Agent
☐ Addressee

B. Received by (Printed Name): Megan Farrell
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0004 2273 1999

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TCU Consultant Service LLC
c/o W. Ken Upchurch, III
W. K. Upchurch Const. Co.
1001 Monticello Ct.
Montgomery AL 36117

07cv384 S&C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Megan Farrell
☐ Agent
☐ Addressee

B. Received by (Printed Name): Megan Farrell
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0004 2273 2002

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540