**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alabama State University
915 South Jackson Street
Montgomery, AL 36101

07cv384 S&C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. Malone
☐ Agent
☐ Addressee

B. Received by (Printed Name): S. Malone
C. Date of Delivery: 5-11-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0004 2273 1982

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joe A. Lee
Alabama State University
915 South Jackson St
Montgomery AL 36101
07cv384 S&C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. Malone
☐ Agent
☐ Addressee

B. Received by (Printed Name): S. Malone
C. Date of Delivery: 5-11-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0004 2273 2019

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540