**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **Marous Brothers Construction, LLC,** | ) | |
| **a corporation, and Gil Berry,** | ) | |
| **an individual d/b/a Gil Berry & Associates,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | **C.A.N.: 2:07-cv-00384-ID-CSC** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Alabama State University, et al.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## ANSWER OF PRESIDENT JOE A. LEE AND CHAIRMAN ELTON N. DEAN, SR.

**COME NOW** the Defendants President Joe A. Lee ("President Lee") and Chairman Elton N. Dean, Sr. ("Chairman Dean") collectively referred to as the Alabama State University ("ASU") Officials and hereby submit this Answer in response to the Plaintiffs' Complaint in the above-styled action. All allegations which are not expressly admitted are denied by the ASU Officials. The ASU Officials demand strict proof of those allegations not admitted in the Plaintiffs' Complaint.

## PARTIES

1.     The ASU Officials can neither admit or deny.

2.     The ASU Officials can neither admit or deny.

3.     Admitted.

4.     The ASU Officials can neither admit or deny.

5.     The ASU Officials can neither admit or deny.

6.      The ASU Officials can neither admit or deny.

7.      Admitted as to the first sentence of the paragraph.  Denied as to the second sentence, and strict proof is demanded of the same.

8.      Admitted as to the first sentence of the paragraph.  Denied as to the second sentence, and strict proof is demanded of the same.

## JURISDICTION

9.      Denied.

10.     Denied.

## SUBSTANTIVE AVERMENTS

11.     Admitted.

12.     Denied.  The Plaintiffs were never hired by ASU because the parties never agreed upon a contract for services.  The Plaintiffs were engaged to develop a plan to renovate the dormitories at ASU and the terms of this engagement, as written by the Plaintiffs, provided that all work was to be done at no cost to ASU.  *See* Exh. 1, Board Meeting Minutes (5/5/06), p. 5; Exh. 2, Resolution.

13.     Denied.  A Committee of the Board cannot pass a Resolution, it can only make a recommendation to the full Board.  The Property Committee did make a recommendation that the Board engage the Plaintiffs to develop a plan to renovate the dormitories at ASU. The terms of this engagement, as written by the Plaintiffs, provided that all work was to be done at no cost to ASU.  *See* Exh. 1, Board Meeting Minutes (5/5/06), p. 5; Exh. 2, Resolution; Exh. 3, Property Committee Meeting Minutes (11/15/05), p. 3.

2

14.     Denied.

15.     Denied.  The proprietary work product was submitted as part of the Plaintiff's proposal to renovate the dormitories at ASU.

16.     Admitted.  The Plaintiffs did submit invoices to ASU.  However, the invoices were not paid because all work done relative to the development of a renovation plan was to be done at no cost to ASU.

17.     Denied.  President Lee has always indicated to the Plaintiffs that the University could not pay any money unless and until the parties entered into a contractual agreement.

18.     Denied.

19.     Admitted.  The bond documents gave a general description of the University's intention with respect to the student housing project, but nowhere in the bond documents are the Plaintiffs named as the developers of the student housing project.

20.     Denied.  ASU knew which dorms were to be renovated long before meeting with the Plaintiffs.  Furthermore, any use of the Plaintiff's work was done with express permission and was returned to Plaintiff upon request.   *See* Exh. 4, E-mail from Gil Berry (7/29/06); Exh. 5, Transmittal Letter.

21.     Denied.

22.     Denied.  The Plaintiffs were represented by the law firm of Haskell, Slaughter, Young & Gallion during the development and negotiation phase.

23.     Admitted.  However, the parties never agreed upon the terms of the agreement.  Hence, the Plaintiffs were never "hired" by ASU to do anything.

24.     Denied.  President Lee and ASU never made representations contrary to the Resolution passed by the Board of Trustees.

25.     Denied.

26.     Admitted.

27.     Admitted.

28.     Admitted as to the instruction given by Judge Wiggins.  It is common practice and procedure for invoices to be submitted to Fiscal Affairs.  However, Judge Wiggins could not and did not instruct Fiscal Affairs to pay the invoices.  Denied as to the remainder of the paragraph.

29.     Admitted as to Marous and ASU having communication regarding costs and fees. Denied as to the remainder of the paragraph.

30.     Denied.

31.     Denied.

32.     Denied.  The Board of Trustees voted not to accept the agreement submitted by the Plaintiffs.  TCU serves as project manager for the student residence renovation project.  The Plaintiffs' proprietary work is not being used in connection with this project.

33.     Admitted.

34.     Denied.  All of Plaintiffs proprietary work was returned to them.  Further, neither the Plaintiffs nor any other private individuals can prohibit ASU, a public institution, from hiring an architect.

35.     Denied.  President Lee reminded the Plaintiffs in writing that all work performed in the development of a renovation plan was to be done at no cost to the University.  To pay the invoices would be contrary to the Resolution passed by the Board of Trustees.

36.     Denied.  The work previously done by the Plaintiffs has been returned and is not being relied upon in the current renovation plan for the dormitories.  Prior to this lawsuit, Gil Berry stated that he had "no problem with Ken and Percy" reviewing the work product.  *See* Exh. 4, E-mail from Gil Berry (7/29/06).

37.     Denied.  The Resolution drafted by the Plaintiffs clearly stated that all work was to be done at no cost to ASU.  Furthermore, the Plaintiffs were never guaranteed a professional services contract to renovate the dormitories at ASU.  The mere fact that the parties were engaged in negotiations disputes any allegations that the Plaintiffs reasonably relied upon representations that they would be awarded a contract.  Further still, ASU and its officials are obligated by law to use due diligence and make the best choice in the expenditure of state funds.  ASU and its officials did just that.

38.     Denied.  The Plaintiffs are not due any compensation, and all proprietary work has been returned.

39.     Denied.  The Plaintiffs are not due any compensation, and all proprietary work has been returned.  Further, said work is not being relied upon for the student housing project or any other project at ASU.

40.     Denied.

## COUNT ONE
## BREACH OF CONTRACT

41.     The ASU Officials incorporate their responses to Paragraphs 1 through 40 as if fully set forth herein.

42.     Denied.

43.     Denied.

44.     Denied.

45.     Denied.

46.     Denied.

## COUNTY TWO
## QUANTUM MERUIT

47.     The ASU Officials incorporate their responses to Paragraphs 1 through 46 as if fully set forth herein.

48.     Denied.

49.     Denied.

50.     Denied.

51.     Denied.

52.     Denied.

53.     Denied.

## COUNT THREE
## FRAUDULENT MISREPRESENTATION

54.     The ASU Officials incorporate their responses to Paragraphs 1 through 53 as if fully set forth herein.

55.     The ASU Officials will neither admit or deny this allegation as the Defendants referenced are represented by separate counsel.

56.     The ASU Officials will neither admit or deny this allegation as the Defendants referenced are represented by separate counsel.

57.     The ASU Officials will neither admit or deny this allegation as the Defendants referenced are represented by separate counsel.

6

58.     The ASU Officials will neither admit or deny this allegation as the Defendants referenced are represented by separate counsel.

59.     The ASU Officials will neither admit or deny this allegation as the Defendants referenced are represented by separate counsel.

60.     The ASU Officials will neither admit or deny this allegation as the Defendants referenced are represented by separate counsel.

61.     Denied.  The Plaintiffs are not due any compensation, and all proprietary work has been returned.  Further, said work is not being relied upon for the student housing project or any other project at ASU.

## COUNT FOUR
## FRAUD

62.     The ASU Officials incorporate their responses to Paragraphs 1 through 61 as if fully set forth herein.

63.     Denied.

64.     Denied.

65.     Denied.

66.     Denied.

67.     Denied.

68.     Denied.

## COUNT FIVE
## TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

69.     The ASU Officials incorporate their responses to Paragraphs 1 through 68 as if fully set forth herein.

70.    The ASU Officials will neither admit or deny this allegation as the Defendants referenced are represented by separate counsel.

71.    The ASU Officials will neither admit or deny this allegation as the Defendants referenced are represented by separate counsel.

72.    The ASU Officials will neither admit or deny this allegation as the Defendants referenced are represented by separate counsel.  Notwithstanding, neither TCU, Upchurch nor Percy Thomas ever represented to the ASU Officials that they should be hired instead of the Plaintiffs.

73.    The ASU Officials will neither admit or deny this allegation as the Defendants referenced are represented by separate counsel.


## COUNT SIX
## CONVERSION

74.    The ASU Officials incorporate their responses to Paragraphs 1 through 73 as if fully set forth herein.

75.    Denied.

76.    Denied.

77.    Denied.

78.    Denied.  The Plaintiffs are not due any compensation, and all proprietary work has been returned.  Further, said work is not being relied upon for the student housing project or any other project at ASU.

79.    Denied.

## COUNT SEVEN
## CONSPIRACY

80.     The ASU Officials incorporate their responses to Paragraphs 1 through 79 as if fully set forth herein.

81.     Denied.  There was never a contract, express or implied, between the Plaintiffs and ASU.

82.     Denied. The Plaintiffs were not owed any compensation nor were they owed the benefit of a professional services contract to renovate ASU's dormitories.

83.     Denied.  The actions taken by the ASU Officials were done in furtherance of their obligation to perform due diligence and to make the best decision as it relates to the expenditure of public money.

## COUNT EIGHT
## LOSS OF BUSINESS OPPORTUNITY

84.     The ASU Officials incorporate their responses to Paragraphs 1 through 83 as if fully set forth herein.

85.     Denied.

86.     Denied.

## COUNT NINE
## INJUNCTIVE AND OTHER RELIEF

87.     The ASU Officials incorporate their responses to Paragraphs 1 through 86 as if fully set forth herein.

88.     Denied.

## AFFIRMATIVE DEFENSES

President Lee and Chairman Dena assert the following affirmative defenses against the claims asserted in the Plaintiffs' Complaint:

1.     The Plaintiffs have failed to state a claim upon which relief can be granted.

2.      ASU is immune from suit under Article I, § 14, Alabama Constitution (1901).  ASU is an educational institution operating under the supervision of a state agency.  ASU is entitled to sovereign immunity against all of Plaintiff's claims.

3.      President Lee and Chairman Dean are immune from suit under the doctrine of discretionary immunity and are entitled to such immunity against all of the Plaintiffs' claims as well as any other University official performing discretionary functions.

4.      All claims against ASU officials should be dismissed as official capacity suits are nothing more than suits against the institution, and ASU has already been named as a party to this action. *See Hinson v. Holt*, 776 So. 2d 804, 810 (Ala.Civ.App. 1998).

5.      President Lee and Chairman Dean entitled to qualified immunity in their individual and official capacities.

6.      The Plaintiffs have failed to state a claim upon which compensatory damages may be awarded.

7.      No action of President Lee or Chairman Dean was the proximate cause of any of the Plaintiffs' alleged damages.

8.      The Plaintiffs have failed to establish a prima facie case on all of the claims asserted in this lawsuit.

9.      At all times relevant to this action, President Lee and Chairman Dean were acting upon their reasonable understanding and belief of the requirements of the governing federal law and state law.

10.     The Plaintiffs ha failed to state factual allegations to support the claim of breach of contract.

11.     The Plaintiffs' claims for punitive damages are due to be stricken as sufficient facts are not pled to permit the Plaintiff to recover punitive damages.

12.     President Lee and Chairman Dean deny that they are guilty of any conduct which entitles Plaintiff to recover punitive damages.

13.     President Lee and Chairman Dean aver that any award of punitive damages to the Plaintiff in this case will be a violation of the constitutional safeguards provided to them under the Constitution of the State of Alabama.

14.     President Lee and Chairman Dean aver that any award of punitive damages to the Plaintiff in this case will be a violation of the constitutional safeguards provided to them under the Constitution of the United States of America.

15.     To the extent the claims asserted in this action are wholly without foundation or facts and are frivolous, President Lee and Chairman Dean assert that they are entitled to relief under this Court's inherent powers and any other rule, statute or case law that provides for an award of attorney's fees.

16.     President Lee and Chairman Dean demand attorney's fees and costs.

17.     President Lee and Chairman Dean reserve the right to amend these defenses at a later date.


                                    Respectfully Submitted,

                                    /s/ Ramadanah M. Salaam-Jones
                                    **KENNETH L. THOMAS (THO043)**
                                    **CHRISTOPHER K. WHITEHEAD (WHI105**
                                    **RAMADANAH M. SALAAM-JONES (SAL026)**

**OF COUNSEL:**
**THOMAS, MEANS,GILLIS,& SEAY,  P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033
Fax: (334)260-9396

<u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid on this the 30th day of May, 2007:

AUGUSTA S. DOWD
KATHERINE R. BROWN
**WHITE, ARNOLD, ANDREWS & DOWD, P.C.**
2025 3rd Avenue North, Suite 600
Birmingham, Alabama 35203
(205) 323-1888
Fax: (205) 323-8907

BILL COLEMAN
**CAPEL & HOWARD, P.C.**
Post Office Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000
Fax: (334) 323-8888

                                        /s/ Ramadanah M. Salaam-Jones
                                        **OF COUNSEL**



*Alabama State University*

# BOARD OF TRUSTEES MINUTES

## May 5, 2006

LAM000408



# MINUTES
## ALABAMA STATE UNIVERSITY BOARD OF TRUSTEES MEETING
### May 5, 2006

**I.**  **Call to Order**

The regular meeting of the Alabama State University Board of Trustees was called to order by Chairman Elton Dean at 1:10 p.m.

**II.**  **Invocation**

The invocation was given by Mr. Ron Dickerson, Special Assistant to the President.

**III.**  **Establishment of Quorum**

President Lee affirmed a quorum.

**Present**: Trustees Oscar Crawley, Buford Crutcher, Elton Dean, Taylor Hodge, Jr., Thomas Figures, Patsy Parker, Joe L. Reed, Marvin Wiggins, Catherine Wright, and Herbert Young

**Absent**: Trustees Bobby Junkins and Lawrence Lemak

**IV.**  **Swearing in of Taylor Hodge, Jr.**

President Lee announced that the Governor has appointed Mr. Taylor Hodge, Jr. to the Board of Trustees replacing Mr. James C. Cox. Mr. Hodge was sworn in by Attorney Fred Gray. Mr. Hodge then made general comments regarding his appointment to the Board of Trustees.

**V.**  **Adoption of Agenda**

**Trustee Wiggins moved, seconded by Trustee Crutcher, to adopt the agenda. The motion carried unanimously.**

**VI.**  **Adoption of the Minutes**

**Trustee Wiggins moved, seconded by Trustee Parker, to adopt the minutes of the February 10, 2006 Board of Trustees meeting. The motion carried unanimously.**

**VII.**  **President's Report**

President Lee gave his report which is attached to the original of these minutes. He also distributed a pictorial report of the completed and ongoing campus construction projects to the Trustees.

**LAM000409**

During his report, Dr. Lee presented a resolution to the Board requesting approval to take the appropriate action to obtain approval from the City of Montgomery to vacate those streets owned by the City that lie within the boundaries of the campus of Alabama State University, such that Alabama State University obtains full right and authority to control such streets.

**Trustee Wiggins moved, seconded by Trustee Parker, to accept the resolution presented by President Lee, requesting approval to take the appropriate action regarding the vacation of streets by the City of Montgomery that lie within the boundaries of the campus of Alabama State University, such that Alabama State University obtains full right and authority to control such streets. The motion carried unanimously.**

## VIII. Report of the SGA
SGA President Ms. Amelia Thomas's report focused on the referendum for the SGA Constitution. All changes have been made, and completion should occur at the beginning of the 2006 Fall Semester under the new SGA administration. She presented awards to the Board, Trustee Wiggins and President Lee in recognition of their support of the SGA.

## IX. Report of the Faculty Senate
Dr. Caroline Yelding, Chair of the Faculty Senate, shared the Faculty Senate's concern about salary equity for faculty. She distributed to the Board a Salary Task Force report authored by Dr. Gerald Polinksy, a former consultant to the University, on salary and compensation issues. She thanked Mr. John Knight and President Lee for their efforts to secure the $2 million state appropriation for increase in faculty salaries at ASU.

## X. Report of the Non-Academic Staff Council(NASC)
Mr. Ron Dickerson, President of the Non-Academic Staff Council, reported that the major concern of the Non-Academic Staff was an affordable health benefits plan. He explained that the University Insurance Committee established by the President is diligently working to come up with a good plan for the University. In addition, he informed the Board that the Staff Interaction Day is scheduled for May 19th; Judge Wiggins will be the speaker. The Theme is "ASU Proud". The NASC plans to carry this theme throughout the 2006-2007 academic year.

## XI. Committee Reports
Chairman Dean distributed a new listing of the 2006-2007 Board Standing Committees, replacing former Trustee James C. Cox with newly appointed Trustee Taylor Hodge.

**Trustee Marvin Wiggins moved, seconded by Trustee Wright, that the 2006-2007 Board Standing Committees listing be accepted. The motion carried with majority vote; Trustee Figures abstained.**

**LAM000410**

*Alabama State University Board of Trustees*
*Minutes*
*May 5, 2006*
*Page 2 of 9*

**A. Academic Affairs Committee**

Trustee Patsy Parker, Chairman of the Academic Affairs Committee, reported that the Academic Affairs Committee met on April 20, 2006. The minutes of the referenced meeting were distributed to the Board.  She gave an overview of the meeting which included discussion on the University's attendance policy, admissions and recruitment issues, matters relating to the PRAXIS exam, Continuing Education and the University Mission.

There were no items presented for action from the Academic Affairs Committee.

**B. Athletic Committee**

Trustee Herbert Young, Chairman of the Athletics Committee reported that the Athletics Committee met on April 20, 2006. He continued his report expounding on the major athletic issues facing the university. These issues include improper transportation or no transportation for athletes; timely and appropriate billing for internal transportation costs; no assistant coaches for all programs; poor facility maintenance; organization structure of the athletic department; under-funded programs; possible NCAA sanctions; lack of communication with other departments; Gulf Coast Classic and Turkey Day Classic issues; not enough funding for recruiting athletes; a disconnect with the community for support of the athletic programs; no control or say over usage of athletic facilities; policy for off campus housing for married student athletes and upper classmen; and, no practice facilities on campus for baseball and softball. He commented that these critical issues must be addressed in order for the University's Athletic Program to compete at the Division-I level. In spite of these concerns, he commended the student athletes for producing championships under these conditions, and reported that the University had addressed several important matters including the approval to increase assistant coaches' salaries for football, resurfacing of the tennis courts and repair of the football practice field and the track.

Chairman Dean asked the Board to allow John Chambless and Associates to make their presentation on the University Master Plan at this point because of their need to depart the meeting early.  The Board members consented to the request.

Mr. John Chambless presented the first phase of the Master Plan for the University. He stated that the Master Plan's primary objective is to expand the University's mission by engaging an open community campus concept.  Mr. Chambless further stated that the project will be done in three phases:

Phase I –        Inventory and Analysis
Phase II –       Concept Alternatives
Phase III -      Master Plan Documentation

Phase I should be completed by June or July.                    **LAM000411**

The report of the Athletic Committee proceeded with the presentation of the Marketing Plan for Sports by Mrs. LaVonette Bartley as requested by the Athletics Committee at the meeting on April 20, 2006.

**Trustee Young moved, seconded by Trustee Crutcher, that the Athletic Marketing Plan be referred to the Finance Committee for further action. The motion was not voted on.**

President Lee stated that he had not seen the report prior to the Board meeting, and would like to have an opportunity to review the details before any action is taken. Afterwards, much discussion ensued about the importance of the need for the President to review the specifics of the Athletics Marketing Plan before it is presented for action by the Finance Committee.

Trustee Young amended the previous motion on the floor as such:

**The Athletic Marketing Plan will be forwarded to the President for review after which it will be referred to the Finance Committee for appropriate action. After a second by Trustee Crutcher, the motion carried by majority vote. Voting Aye – Trustees Dean, Young, Wiggins, Crutcher, Crawley, Hodge and Parker; Voting Nay – Trustees Reed and Figures; Abstaining – Trustee Wright.**

Trustee Young distributed an exhibit regarding the Stadium Project and asked the Board to review the figures cited on the document for informational purposes only.

Trustee Wright expressed her concern that the Board had previously voted to pull the stadium project off the table, more specifically, the same project that Mr. Hawkins recently presented at several Board Committee meetings. Trustee Reed agreed with Trustee Wright on the matter, stating that the Board approved a Resolution passing the referenced stadium project on to the ASU Alumni Association.

After much discussion on the matter, Trustee Young proceeded with discussion of the exhibit which required no action from the Board.

### C. Finance Committee
Trustee Catherine W. Wright, Chairman of the Finance Committee reported that the Finance Committee met on April 20, 2006, and approved several items to present to the Board for action.

She presented a request for approval of a resolution to secure a Bond Issue that will cover the cost to renovate six (6) dormitories, construct a new Student Center, and renovate Girard Apartments. The cost of this capital project is estimated at $41 million.

**LAM000412**

President Lee informed the Board that after a thorough examination of the Hardy Center, it was determined that it would be in the best interest of the University to raze the building and construct a new Student Union.

**Trustee Wiggins moved, seconded by Trustee Parker, to approve the resolution submitted by the Administration declaring the official intent of the University to reimburse itself from Bond proceeds (not to exceed $41M) for capital expenditures funded from revenues or other sources. The motion passed with majority vote. Voting Aye – Trustees Parker, Wright, Dean, Wiggins, Crutcher, Crawley and Hodge; Voting Nay – Trustee Reed; Abstaining – Trustees Young and Figures.**

After the motion, Trustee Reed expressed his concern about the University's desire to secure a $41M dollar Bond Issue. He stated that the University was already in to much debt and enrollment numbers were uncertain. He objected the demolishing of the Hardy Center and suggested that a second opinion about razing the center be obtained.

A brief presentation was given by Mr. Bill Blount and Mr. Rush Rice of Blount Parrish Investment Bankers about their long standing relationship with the University and their willingness to continue the partnership by assisting with securing the necessary funds for campus enhancement projects. The following motion was placed on the floor:

**Trustee Crutcher moved, seconded by Trustee Crawley, to authorize the University to move forward with engaging Blount Parrish Investment Bankers to execute a Bond Issue not to exceed $41 million for the purpose of capital expenditure projects on campus. The University is to issue a RFP for Bond Counsel on future investment matters. The motion carried with majority vote. Voting Aye – Trustees Dean, Reed, Wiggins, Crutcher, Crawley, Hodge, Parker and Wright; Abstaining – Trustees Young and Figures.**

Trustee Wright recognized Mr. Dick Davis and Mr. Gil Berry of Student Suites to give a briefing of the proposal for dormitory renovations and construction of a new suite style residence hall. After their presentation, a motion was placed on the floor.

**Trustee Crutcher moved, seconded by Trustee Parker, to accept the recommendation of the Administration to engage Student Suites as the contractor to renovate six University residence Halls, and build one new suite style residence hall at Alabama State University. The motion carried with majority vote. Voting Aye – Trustees Parker, Wiggins, Crutcher, Crawley, Wright, Hodge, Dean; Voting Nay – Trustees Reed and Figures; Abstaining – Trustee Young**

**LAM000413**

### D. Student Affairs Committee

Trustee Wiggins, Chairman of the Student Affairs Committee, reported that the Student Affairs Committee did not meet on April 20, 2006 due to the lack of a quorum. However, as previously requested by the Board at the February 10, 2006 meeting, "The Pilot" was reviewed by University Counsel and reconciled with other University policy manuals. He then presented "The Pilot" for Board approval in order to meet the Fall 2006 printing and distribution deadline.

**Trustee Figures moved, seconded by Trustee Wright, to accept the revised student handbook, "The Pilot", for printing and distribution during the Fall 2006 semester. The motion carried unanimously.**

### E. Property Committee

Trustee Buford Crutcher, Chairman of the Property Committee, reported that the Property Committee met on April 20, 2006. His report included an updated status of various campus projects. The Fred Shuttlesworth Dining Facility's expected completion date is December 2006. The Forensic Sciences Building construction is underway. He reported that the Architectural design schematics were approximately 75% complete for the Education Facility; however, the architect has submitted a budget that is $10M over the authorized budget for this project. He further indicated that the Board had asked the University to look into this matter.

Dr. Lee reported that the $10M dollar increase had been rejected, and the University is currently awaiting a response from the architect.

**Trustee Crutcher moved, seconded by Trustee Parker, to require the University to institute a process for naming buildings on the campus. The motion carried with majority vote. Abstaining – Trustee Figures.**

In response to questions regarding the acquisition of Bel-Air Properties, Dr. Leon Frazier informed the Board that Attorney Billy Carter has been contracted by the University to handle the purchase of the remaining properties in the Bel-Air area.

Trustee Crutcher stated that the matter of acquiring the properties in Bel-Air will be addressed at the next Property Committee meeting.

Action: *Trustee Dean asked President Lee to e-mail an updated status of the property to be purchased in the Bel-Air area where the Education Building is projected to be built to all Board members.*

Following a discussion on the need to have a construction manger in place for all construction projects on campus, a motion was placed on the floor.

**Trustee Crutcher motioned, seconded by Trustee Wiggins, to authorize the University to acquire a construction manager for all building projects on the**

campus. The motion passed by majority vote. Voting Aye – Trustees Dean, Parker, Wright, Crawley, Crutcher, Wiggins, Hodge, and Young; Abstaining – Trustee Figures

Mr. Crutcher motioned, seconded by Trustee Wiggins, to bring the stadium project back to the Board for consideration. The motion passed by majority vote. Voting Yea – Trustees Dean, Crutcher, Crawley, Hodge, Young and Wiggins; Voting Nay – Trustees Wright, Reed and Figures; Abstaining – Trustee Parker.

XII.    **Other Action Items**
Trustee Wiggins moved, seconded by Crawley, for the University to retain new University Counsel. The motion passed by majority vote. Voting Aye – Trustees Hodge, Wiggins, Crutcher, Crawley, Dean and Young; Voting Nay – Trustees Wright, Figures, Reed, Parker

Trustee Wiggins moved, seconded by Crawley, to hire the firm of Thomas, Means, Gillis and Seay as University Counsel. The motion passed by majority vote. Voting Aye – Trustees Dean, Hodge, Crawley, Young, Crutcher and Wiggins; Voting Nay – Trustees Figures and Reed; Abstaining – Trustee Wright

Trustee Reed moved to adjourn the meeting. The motion died for lack of a second.

Trustee Reed motioned to move Agenda Item XV up and have the Executive Session as the last item on agenda before adjournment. The motion passed by unanimous vote.

Trustee Wiggins motioned, seconded by Trustee Parker, to address the personnel matter relative to Mr. McCladdie during Executive Session. The motion passed by majority vote. Voting Yea – Trustees Dean, Crawley, Crutcher, Hodge, Parker, Wiggins, Young; Voting Nay – Trustees Reed, Figures and Parker

XIII.   **Personnel Actions**
A. Recommendations for Promotions in Academic Rank
B. Recommendations for Tenure
C. Academic New Hires
D. Non-Academic New Hires
E  Academic Separations
F. Non-Academic Separations

Dr. Lee recommended the adoption of the Personnel Report for Promotions in Academic Rank, Tenure, Employment of New Hire (Academic and Non-Academic) and Employment Separations (Academic and Non-Academic)    **LAM000415**

Trustee Wiggins moved to accept the President's recommendation regarding Personnel Actions excluding the recommendation of Mr. McCladdie. The motion was seconded by Trustee Crawley and passed by majority vote. Voting Aye – Trustees Wiggins, Crutcher, Crawley, Young, Hodge, Parker, Dean, and Reed; Abstaining – Trustee Figures

XIV.   <u>Other Business</u>
President Lee presented the revised Sexual Harassment policy for approval by the Board.

Trustee Figures moved for the adoption of the Sexual Harassment policy. The motion was seconded by Trustee Parker.

Trustee Wiggins expressed concerns about the language of the revised Sexual Harassment policy which was brought to the floor for consideration. After a lengthy discussion about several aspects of the policy, the Board agreed to table this item for further review by the Administration and the University Counsel. No vote was taken on the motion.

XV.   <u>Executive Session</u>
The Board convened in Executive Session at 5:15 p.m.

XVI.   <u>Report from the Executive Session</u>
The following matter was presented from the Executive Session:
Trustee Wiggins moved, seconded by Crutcher, to approve the President's personnel recommendation on Mr. McCladdie. The motion passed by unanimous vote.

XVII.   <u>Adjournment</u>
A motion was placed on the floor by Trustee Crutcher, seconded by Trustee Wiggins, to recess the Board meeting of May 5, 2006. The motion passed by majority vote. Voting aye – Trustees Dean, Crawley, Crutcher, Parker and Hodge; Abstaining – Trustees Reed and Figures

The meeting was recessed at 6:15 p.m. by Chairman Elton Dean.

Approved:

Elton N. Dean, Sr., Chairman
Alabama State University
Board of Trustees

Joe A. Lee, President of the University
and Secretary to the Alabama State
University Board of Trustees

LAM000416
Alabama State University Board of Trustees
Minutes
May 5, 2006
Page 8 of 9

*Sandra J. Malone*

Sandra J. Malone, Recorder

Attachments:   Agenda – May 5, 2006
                 Posting of Meeting with Secretary of State
                 President's Report
                 Resolution to Secure Bond Issue
                 Resolution to Vacate Streets

**LAM000417**

## RESOLUTION OF THE BOARD OF TRUSTEES
## OF ALABAMA STATE UNIVERSITY

The undersigned, being a majority of the members of the Board of Trustees of Alabama State University, and having convened a quorum of six members or more as required by CODE OF ALABAMA 1975, §16-50-27, in a special meeting of the Board of Trustees called in accordance with CODE OF ALABAMA 1975, §16-50-26, did duly adopt the following Resolution, which shall be spread upon the minutes of the proceedings of the Board of Trustees:

WHEREAS, that portion of University Drive North that runs between Jackson Street and Hall Street, that portion of Robert C. Hatch Street that runs between Carter Hill Road and University Drive North, that portion of Deming Street that runs between Robert C. Hatch Street and Hall Street, that portion of Seay Street that runs between University Drive North and Tuscaloosa Street, that portion of Smythe Street that runs between University Drive North to the end of Smythe Street two blocks North, and all of Zelia Stephens Court, all of which are depicted on the attached survey, are the property of the City of Montgomery and as such, are maintained by the City of Montgomery, and

WHEREAS, the above-described portions of said streets lie within the boundaries of the campus of Alabama State University, and

WHEREAS, for increased security on the campus and other good and valid reasons, it is in the best interest of Alabama State University that the University maintain and control such portions of such streets,

NOW THEREFORE BE IT RESOLVED that the President of Alabama State University is hereby authorized to execute such documents and take such action, in the name of and on behalf of the Board of Trustees and Alabama State University, as may be necessary or appropriate to obtain approval from the City of Montgomery to vacate such portions of such streets, such that Alabama State University obtains full right and authority to control such streets, and assumes full responsibility for maintaining such streets, and the President is further authorized to take any such other action as may be necessary or appropriate in conjunction with and related to such street vacation.

Done this the 5th day of May, 2006.                    **LAM000418**

Joe A. Lee, President of the University and
Secretary to the Board

Elton Dean, Chair

**LAM000419**

2

# AUTHORIZATION OF <u>TENURE</u>
# FOR
# CERTAIN FACULTY MEMBERS

**WHEREAS,**    the current *Alabama State University Faculty Handbook* and the faculty evaluation plan (*A System of Faculty Evaluation for the Improvement of Faculty Performance*) delineate the criteria, policies and procedures for the tenure and promotion of faculty members; and

**WHEREAS,**    a number of faculty members have made applications for tenure and promotion in compliance with the established polices and procedures; and

**WHEREAS,**    the applicants recommended herein have been appropriately evaluated against the established criteria, and the university has followed the prescribed procedures in doing so; now, therefore,

**BE IT RESOLVED,**    that the faculty members named on the attached lists be granted tenure as indicated, effective at the beginning of the 2006 Fall Semester.

**LAM000420**

# OFFICE OF ACADEMIC AFFAIRS

## TENURE RECOMMENDATIONS FOR THE 2006 - 2007 ACADEMIC YEAR
### (April 2006)

| COLLEGE/NAME | DEPARTMENT | RANK |
|---|---|---|
| *College of Arts & Sciences* | | |
| Dr. William Dowdy | History and Political Science | Associate Professor |
| Dr. Richard Emanuel | Languages & Literature | Assistant Professor |
| Dr. Lula Smith | Biological Sciences | Assistant Professor |
| *College of Education* | | |
| Dr. John Gooden | Educational Doctorate Programs | Professor |
| Dr. Jeanne Lee | Instructional Support | Associate Professor |
| *University College* | | |
| Dr. Kartz Bibb | Biological Sciences | Assistant Professor |
| Dr. Shree R. Singh | Biological Sciences | Assistant Professor |
| *College of Visual and Performing Arts* | | |
| Dr. Doug Bristol | Music | Associate Professor |
| Dr. Phillip Terrell | Music | Assistant Professor |

**LAM000421**

Office of Academic Affairs
MLP

# AUTHORIZATION OF <u>PROMOTION</u>
## FOR
## CERTAIN FACULTY MEMBERS

**WHEREAS,**      the current *Alabama State University Faculty Handbook* and the faculty evaluation plan (*A System of Faculty Evaluation for the Improvement of Faculty Performance*) delineate the criteria, policies and procedures for the tenure and promotion of faculty members; and

**WHEREAS,**      a number of faculty members have made applications for tenure and promotion in compliance with the established polices and procedures; and

**WHEREAS,**      the applicants recommended herein have been appropriately evaluated against the established criteria, and the university has followed the prescribed procedures in doing so; now, therefore,

**BE IT RESOLVED,**      that the faculty members named on the attached lists be granted promotion as indicated, effective at the beginning of the 2006 Fall Semester.

**LAM000422**

# OFFICE OF ACADEMIC AFFAIRS

PROMOTION RECOMMENDATIONS FOR THE 2006 - 2007 ACADEMIC YEAR
(April 2006)

| COLLEGE/NAME | CURRENT RANK | RECOMMENDED RANK |
|---|---|---|
| *College of Arts and Sciences* | | |
| Dr. Wen Chang | Associate Professor | Professor |
| Dr. William Dowdy | Associate Professor | Professor |
| Dr. Richard Emanuel | Assistant Professor | Associate Professor |
| Dr. Lula Smith | Assistant Professor | Associate Professor |
| Dr. Jun Wang | Associate Professor | Professor |
| *College of Education* | | |
| Dr. Sidney Brown | Assistant Professor | Associate Professor |
| Dr. Sonja Harrington | Assistant Professor | Associate Professor |
| Dr. Jeanne Lee | Assistant Professor | Associate Professor |
| Dr. Allen Stewart | Associate Professor | Professor |
| *University College* | | |
| Dr. Kartz Bibb | Assistant Professor | Associate Professor |
| Dr. Shree R. Singh | Assistant Professor | Associate Professor |
| *College of Visual and Performing Arts* | | |
| Dr. Doug Bristol | Associate Professor | Professor |
| Dr. Phillip Terrell | Assistant Professor | Associate Professor |

**LAM000423**

Office of Academic Affairs
MLP

 **DU**

OFFICE OF PERSONNEL SERVICES
AND HUMAN RELATIONS

**TO:**    Dr. Joe A. Lee, President

**FROM:**    Beverly A. Rudolph, Assistant Director/*BAR*
Personnel and Human Relations

**RE:**    **BOARD REPORT**

**DATE:**    **April 26, 2006**

Enclosed is the Board Report covering the period of January 28, 2006 through April 26, 2006.

**B. A. R.**

**Enclosure**

LABAMA
TATE
NIVERSITY
P  BOX 271
ONTGOMERY,
ABAMA
101 0271
4 229.4667
4 265.0697 FAX
ew alasu edu

**LAM000424**

# ALABAMA STATE UNIVERSITY
## Personnel and Human Relations
### *Board Report*
## January 28, 2006  through April 26, 2006

## ACADEMIC NEW HIRES

| Name | Position | Highest Degree | Education Experience (Last three positions) |
|---|---|---|---|
| NONE | | | |

## ACADEMIC SEPARATIONS

| NAME | POSITION | DEPARTMENT |
|---|---|---|
| None | | |

## RECOMMENDED ACADEMIC PROMOTIONS IN RANK

| Name | Recommended Promotion in Rank | College |
|---|---|---|
| NONE | | |

## ACADEMIC PROMOTIONS IN RANK DENIED

| Name | College |
|---|---|
| NONE | |

## RECOMMENDED ACADEMIC TENURED

| Name | College |
|---|---|

**LAM000425**

1

NONE

---

## ACADEMIC TENURE DENIED

Name                                    College

NONE

---

## NON-ACADEMIC NEW HIRE

| Name | Position | Education | Experience (Last three positions) |
|------|----------|-----------|-----------------------------------|
| Loretta Adams | Part-Time Reading Coach/ECC | M.S. Alabama State University | 1. Kindergarten Sub Teacher, Montgomery County Public Schools<br>2. 3rd Grade Teacher, Montgomery County Public Schools<br>3. Teacher, Montgomery County Public Schools |
| Matthew Alexander | Senior Laboratory Instructor | Doctoral Candidate University of Alabama | 1. Interim Senior  Lab Instructor, Alabama State University<br>2. Teacher, Montgomery County Schools<br>3. Teacher, Dekalb County Schools |
| Rodricquez L. Baldwin | Custodian | H. S. Diploma Carver High School | 1. Laborer, Thomas Construction<br>2. Laborer, Sylvest Chicken<br>3. Mechanic Labor, Baldwin Garage |
| Christine Bennett | Abstinence Education Teacher | A.S. South College | 1. Customer Service Representative, Spherion Services<br>2. Independent Beauty Consultant, Mary Kay Cosmetics<br>3. Instructor, Mt. Moriah Baptist Church #2 |
| Mamie L. Blount | Custodian | Certificate Trenholm State Technical College | 1. Seamtress, Weils Inc.<br>2. Custodian, Board of Education<br>3. Not listed |
| Antonio Bradford | Assistant Football Coach (Tight End) | M.S. Alabama State University | 1. Graduate Assistant, Alabama State University<br>2. Intern, Alabama Dept of Rehab. Services<br>3. Student |

LAM000426

2

| Rosalyn Cabble | Residence Hall Night Coordinator | 2 yrs of College Troy State University | 1. Contract DHR, Mobile Highway<br>2. Bookkeeper, MCE Credit Union<br>3. Assistant Director, OIC Preschool |
|---|---|---|---|
| Gerald L. Cobb | Director of Graphics | B.S. Alabama State University | 1. Interim Digital Graphics Manager, Alabama State University<br>2. Entertainment Production Specialist, Circuit City<br>3. Digital Graphics Operator, Alabama State University |
| Deitrich D. Curry | Staff Writer | M.S. University of Maryland | 1. Reporter, The Gazette<br>2. Reporter, Capital News Services<br>3. Intern, Baltimore Business Journal |
| Carlos T. Dillard | Groundskeeper | 10th Grade Education Carver High School | 1. Groundskeeper, Dillard's Lawn Services<br>2. Brick Layer, Franklin Masonry<br>3. Brick Layer, Fannin Construction |
| Pamela Foster | Secretary, Grants and Contracts | B.S. Thomas Edison State College | 1. Fitness Instructor, Gold's Gym<br>2. Security Attendent, Misawa Student Transportation Office, Japan<br>3. Paraprofessional, Sollars Elementary School |
| Monique K. Franklin | Custodian | H S. Diploma Sidney Lanier High School | 1. Saw Operator, Thermal Ex.<br>2. Assistant Manager, Variety Wholesale<br>3. Housekeeping, Fairfield Inn |
| James M. Gooden | Residence Hall Night Coordinator | M.S. Troy University at Montgomery | 1. Manager, Montgomery Job Corps<br>2. Counseling Manager, Montgomery Job Corps<br>3. Vocational Counselor, Montgomery Job Corps |
| Sandra Y. Guilford | Residence Hall Assistant Director | Two Years of College College of New Rochelle | 1. Residence Hall Night Coordinator, Alabama State University<br>2. Insurance Representative, Baptist Health<br>3. Patient Registration Clerk, Baptist Health |
| Awad A. Hamed | Senior Accountant II | M.S. Alabama State University | 1. Temporary Grant Accountant, Alabama State University<br>2. Graduate Assistant, Alabama State University<br>3. Accounting and Tax Consultant, City Tax Services |
| Karen D. Highland | Registered Nurse | Diploma Trenholm State Technical College | 1. Registered Nurse, Health South<br>2. Registered Nurse, Baptist Health<br>3. Licensed Practical Nurse, Capital Hill    Health Care |

**LAM000427**

3

| | | | |
|---|---|---|---|
| Scherryl Knight | Data Entry Clerk | B.A.<br>Auburn University at<br>Montgomery | 1. Advisor Enrollment, Auburn<br>   University at Montgomery<br>2. Specialist V, Regions Financial<br>3. School Aide, Brewbaker Jr High<br>   School |
| Richard E. Ledwell | Assistant Reference<br>Librarian | MLIS<br>University of Alabama | 1. Instructor./Cataloger, Alabama<br>   A&M University<br>2. Front Line Supervisor, Lozier<br>   Corporation<br>3. Quality Assurance Technician,<br>   Lozier Corporation |
| Sandra J. Malone | Administrative Assistant<br>to the President | B.S.<br>Mississippi University<br>for Women | 1. Secretary to the President, Alabama<br>   State University<br>2. Administrative Secretary, Real Estate<br>   Financing<br>3. Financial Analyst, Digital Equipment<br>   Corporation |
| James M. Marshall | Assistant Football Coach | B.S.<br>University of Tennessee<br>@ Martin | 1. Offensive Line Coach, Arkansas<br>   State    University<br>2. Offensive Line Coach, University of<br>   Wyoming<br>3. Offensive Line Coach, University of<br>   Memphis |
| Willie McCladdie | Assistant Vice-President<br>for Administrative<br>Services | M.A.<br>Webster University | 1. Administrative Mgt, U. S. Air Force<br>2. Chair/Professor, U. S. Air Force<br>3. Administrative Mgt, U S. Air Force |
| Peng Mu | Assistant Catalog<br>Librarian | M.S.<br>Wayne Sate University | 1. Professional Technician, Wayne<br>   State    University<br>2. Senior Editor, Shandong Education<br>   Publishing House<br>3. Editor,  Shandong Education<br>   Publishing House |
| Marilyn Pettway | Administrative Secretary | H. S. Diploma<br>Stratford High School | 1. Administrative Secretary, Kelly<br>   Services<br>2. Administrative Assistant, Office T<br>   Team<br>3. Section Manager, Ocean State Job<br>   Lot |
| Emethelus J. Robinson | Custodian | H. S. Diploma<br>Sidney Lanier High<br>School | 1. Utility Laborer, Gourmet Services,<br>   Inc.<br>2. Floor Technician, Montgomery Mall<br>3. Deliveryman, Goodwill Industries |
| Mildred Rushing | Residence Hall Night<br>Coordinator | M.S.<br>Minnesota State<br>University | 1. Testing Coordinator, Montgomery<br>   County Adult Education<br>2. Instructor, Montgomery Jobs Corps<br>   Center<br>3. Counselor, Georgia DRS.DHR |

**LAM000428**

4

| Benjamin L. Smith | Computer Audio Video Technician | B.S. Auburn University | 1. Computer, Audio, Visual Technician, Alabama State University (ELPL) 2. Computer, Audio, Visual Technician, Alabama State University (COHS) 3. Computer Technician, Auburn University |
| Harold O. Simpson | Laboratory Instructor (Mathematics) | M.Ed Alabama State University | 1. Instructor, Charles Henderson High School 2. Adjunct Instructor, Exploratorium Academy 3. Instructor, Southlawn Middle School |
| Lamanda Thomas | Program Assistant | B. S. Ohio Valley University | 1. Security Officer, Ohio Retail Security 2. Assessor, Alabama Industrial Development Training 3. Site Manager, Boys and Girls Club |
| Jason A. Trawick | Curriculum Materials Assistant | B.S. Tuskegee University | 1. Reference Assistant, Alabama State University 2. Library Service Assistant, Hollis Burke Frissell Library 3. Student, Tuskegee University |
| Jeannette A. Underwood | Laboratory Instructor(Mathematics) | B.S. Alabama State University | 1. Math Tutor, Alabama State University 2. Tutorial Program Leader, Gadsden State Community College 3. Support Staff Worker, The Bridge Inc. |

# NON-ACADEMIC SEPARATIONS

| NAME | POSITION | DEPARTMENT |
|------|----------|------------|
| Yancey P. Autrey | Police Officer | Police & Campus Security |
| Robert Avery | Custodian | Physical Plant/Custodial Services |
| Frances Harris | Line Server | Gourmet Food Services, Inc |
| Wilmott Frazier | Custodian | Physical Plant Custodial Services |
| Joy Jackson | Admissions Assistant | Admissions & Recruitment |
| Danielle Kennedy-Lamar | Director, Admissions & Recruitment | Admissions & Recruitment |
| Thirston Ross | Police Office Provisional | Police & Campus Security |
| Marsha V. Taylor | Information Literacy Librarian | University Library |
| Danny W. Thomas | Carpenter | Physical Plant/Building Services |
| Kenneth J. Williams | Groundskeeper | Physical Plant/Grounds |

# DECEASED EMPLOYEES
## (Information Only)

LAM000429

| NAME | DEPARTMENT | DATE |
|------|-----------|------|
| Diane Hawkins | Custodian | 3/16/06 |
| Lewis Williams | Development Associate | 3/21/06 |
| Robert Whitfield | Academic Advisor | 4/15/06 |

## RETIRED OR RETIRING EMPLOYEES
## (Information Only)

| NAME | DEPARTMENT | DATE |
|------|-----------|------|
| Dr. Jerald C. Burns | Chair, Criminology & Criminal Justice | 8/1/06 |
| Edmond Hood | Physical Plant | 8/1/06 |

## DROP (Deferred Retirement Option Plan) PARTICIPANTS
## (Information Only)

| NAME | DEPARTMENT | DATE |
|------|-----------|------|
| Dr. Elizabeth Fitts | Associate Professor | 5/1/06 |

## NEW POSITIONS ESTABLISHED AFTER FISCAL YEAR
## OCTOBER 1, 2005

| POSITION | DIVISION | FUND SOURCE |
|----------|----------|-------------|
| NONE | | |

## STEP APPROVAL BY BOARD OF TRUSTEES

| Name | POSITION | DEPARTMENT | GRADE/STEP |
|------|----------|-----------|-----------|
| None | | | |

## RECLASSIFICATION

| Name | POSITION | DEPARTMENT | GRADE/STEP |
|------|----------|-----------|-----------|

LAM000430

| None | | | |
|------|--|--|--|

LAM000431

# ALABAMA STATE UNIVERSITY
## RESOLUTION OF THE BOARD OF TRUSTEES
### MAY 5, 2006

## A RESOLUTION DECLARING THE OFFICIAL INTENT OF THE UNIVERSITY TO REIMBURSE ITSELF FROM BOND PROCEEDS FOR CAPITAL EXPENDITURES FUNDED FROM REVENUES OR OTHER SOURCES

**WHEREAS,** Alabama State University ("the University") has a desire to complete certain renovations and construction projects (hereinafter referred to as the "Project"), which will begin imminently, that it proposes to fund with the proceeds of a Bond offering; and

**WHEREAS,** it may be necessary for the University to incur certain costs of the Project prior to consummating the borrowing (the "Prior Cost") and to pay such costs from other University sources to fund such capital expenditures ("Bonds"); and

**WHEREAS,** the University would like to finance such Prior Costs by borrowing on a tax-exempt basis to the extent it is able to do so; such borrowing would be accomplished by the issuance of tax-exempt obligations ("Bonds"); and

**WHEREAS,** the University wishes to comply with the requirements of Treasury Regulation Section 1.150-2 because it ultimately wishes to reimburse itself out of the proceeds of Bonds for any Prior Costs which it incurs.

**LAM000432**

-2-

**NOW, THEREFORE BE IT RESOLVED THAT:**

1.  The University declares that it reasonably expects to reimburse itself for Prior Cost of the Project with proceeds of Bonds to be issued by it. This declaration shall constitute an expression of official intent under Treasury Regulation Section 1.150-2.

2.  The maximum principal amount of bonds to be issued for the Project is not to exceed $41 million exclusive of any costs of issuance, any original issue discount, any capitalized interest or any debt service reserve fund which may be required.

3.  The proper officers of the University are hereby authorized and directed to take any and all such other action as may be required or which they may deem necessary in connection with this matter.

4.  This Resolution shall be effective as of May 5, 2006.

**RESOLVED AND APPROVED BY THE BOARD OF TRUSTEES OF ALABAMA STATE UNIVERSITY THIS _5th_ DAY OF _May_ 2006.**

APPROVED: _Elton N. Dean, Sr._
**Chairman of the Board**

APPROVED: _____
**Secretary to the Board of Trustees**

LAM000433



# ALABAMA STATE UNIVERSITY
## Personnel and Human Relations
## Board Report
# May 3, 2005  through September 12, 2005

| ACADEMIC NEW HIRES |
| --- |

| Name | Position | Highest Degree | Education  Experience (Last three  positions) |
| --- | --- | --- | --- |
| Kathlalen E. Amende | Assistant Professor of American Literature | Ph.D. Tulane University | 1. Instructor,  China Incarnate Word<br>2. Adjunct Instructor,  Tulane University<br>3. Teacher, Incarnate Word China |
| Shirley L. Barnes | Assistant Professor of Psychology | Ph.D. Auburn University | 1. Career Counselor and Internship Coordinator,  Auburn University<br>2. Instructor,  Auburn University<br>3. Testing Director,  Auburn University |
| LaShunda M. Blanding | Instructor of Health Information Management | M.S. Troy University | 1. Records Compliance Coordinator, DCH Regional Medical Center<br>2. Instructor, Condensed Curriculum International Inc.<br>3. Student Assistant, Alabama State University |
| Samuel Cornell | Instructor of Mathematics | M.S. Alabama State University | 1. Lab Instructor, ASU-University College<br>2. General Contractor, Cornell Construction<br>3. Teacher, Marbury High School |
| Dr. Ann Marie Depas-Orange | Assistant Professor/Chair-Advancement Studies | Ed.D, Auburn University | 1. Assistant Professor, Auburn University at Montgomery<br>2. Director, Auburn University at Montgomery<br>3. Instructor,  Tuskegee University |
| Predencia B. Dickerson | 1st Grade Instructor, Zelia Stephens Early Childhood Center | B.S. Alabama State University | 1. Professional Internship, Highland Garden Elementary School<br>2. Member, Alabama Education Association<br>3. Member, National Education Association |
| Dr. Mary B. Downs | Associate Professor of Occupational Therapy & Physical Therapy | P.H.D. George Washington University | 1. Professor/Chair, MUA-Belize<br>2. VP of Research, St. Matthews University<br>3. Dean of Academic Affairs, St. Matthews |
| Parichart Gaston-Thornton | Assistant Professor of Reading (COE) | Ph.D. Auburn University | 1. Teacher, Montgomery County Board  of Education<br>2. Reading Specialist, Montgomery County Board  of Education<br>3. Lead Teacher, Montgomery County Board of Education |
| Courtney Hall | Instructor of Social Work | M. S. University of Alabama | 1. Senior Social Worker, Montgomery County DHR<br>2. Social Work Intern, Tuscaloosa County |

LAM000435

| Name | Position | Education | Experience |
|---|---|---|---|
| Roger Thompson | Research Technician | M.S. Alabama State University | 1. Teaching Asst, Florida State University 2. Lab Manager, Florida State University 3. Lab Technician, Alabama State University |
| Jeanette L. Williams | Personnel Specialist | M.S. Faulkner University | 1. Senior Secretary, ASU-Business Administration 2. Legal Assistant, U. S. Air Force 3. Law Office Manager, US Air Force |
| Kenneth J. Williams | Groundskeeper | H. S. Diploma Newark Skills Center | 1. Maintenance Worker, City of Montgomery 2. Custodial Worker, Board of Education 3. Environmental Service Worker, Lancaster General Hospital |
| Waymond K. Williams | Custodian | H. S. Diploma Jeff Davis High School | 1. Cook, Milos Hamburgers 2. Head Cook, Moes Southwest Grill 3. Lunchroom, Cloverdale Jr High School |
| Yvonne U. Williams | Program Coordinator-NSF | M.S. Alabama State University | 1. Program Coordinator, HCOP-Alabama State University 2. Research Associate, Biological Sciences-Alabama State University 3. Graduate Research Assistant, Biological Sciences-Alabama State University |
| Frederick E. Wilson | Acadome Custodian | 11th Grade C L Harper High | 1. Driver, Stern Bros 2. Cook, Tyson Health 3. Cook, Rhode Furniture |
| Yolanda Wilson | Account Executive Counselor | B. S. Troy State University at Montgomery | 1. Staff Associate, ASU-Trio Programs 2. Senior Secretary, ASU-Institutional Advancement 3. Administrative, Office of the Governor of Alabama |
| LaShaundria S. Wood | Program Assistant (NSF) | B. S. Alabama State Univerity | 1. Program Assistant, ASU-Biological Sciences(RIMI) 2 Secretary, ASU-Intercollegiate Program 3. Data Entry Clerk, ASU-Title III Office |
| Konikwa N. Zeigler | Secretary (History & Political Science) | Certificate Elmore County Technical Center | 1. Assistant Manager, Mo Hot Hoagies 2. Customer Associate, Jersey Mike's 3. Sandwich Artist, Freddy's Subway |

LAM000438

7

## NON-ACADEMIC SEPARATIONS

| NAME | POSITION | DEPARTMENT |
|------|----------|------------|
| Acqueelah A. Ahmad | Abstinence Education Teacher | Foundations & Psychology |
| Robert Chappell | Police Officer | Police & Campus Security |
| Jennifer Collins | Head Softball Coach | Athetics-Softball |
| Anwar K. Diop | Director of Physical Plant | Administrative Services |
| Charod Dodd | Accounts Payable Clerk | Accounts Payable |
| Danita Douglas | Administrative Secretary | Assistant VP for Academic Affairs |
| Leslie Drew | District Recruiter | Admissions & Recruitment |
| Eddie L. Ealy | Senior Secretary | School of Graduate Studies |
| Angela R. Gilder-Lucas | Abstinence Education Teacher | Foundations & Psychology |
| Linda Hamilton | Staff Associate for Physical Therapy | COHS, Physical Therapy |
| Bobby Holmes | Custodian/Stagehand | Joe L. Reed Acadome |
| Chaudra J. Hooks | Senior Secretary | Continuing Education |
| Jamica R. Howard | Abstinence Education Teacher | Foundations & Psychology |
| Artecia Johnson | Abstinence Education Teacher | Foundations & Psychology |
| Horace Lamar | Dean, School of Music | School of Music |
| Erica Lewis | Lab Coordinator/Sr. Lab Instructor | University College |
| Dwight Martin | Residence Hall Night Coordinator | Student Affairs/Residential Life |
| Frederick J. Middleton | Interim Senior Laboratory Instructor | University College-Writing Center |
| Stephanie Miller | Research Assistant/MBRS Program | College of Arts & Sciences |
| Kerrye Murray | Senior Secretary | COBA-SBDC |
| Gloria Parks-Harrell | Abstinence Education Teacher | COE-Foundations & Psychology |
| Latisha Patton | Absence Education Teacher | COE-Foundations & Psychology |
| Rahiem Phifer | Abstinence Education Teacher | COE-Foundations & Psychology |
| Monica Presswood-Smith | Technical Assistant | Institutional Research |
| Joseph Proctor | Assistant Basketball Coach | Athletics/Men's Basketball |
| Michael A. Provo | Police Officer | Police & Campus Security |
| Barbara Rogers | Early Childhood Center Counselor | COE/Early Childhood Center |
| Robert Spivery | Head Men's Basketball Coach | Athletics/Men's Basketball |
| Mona Taylor | Interim Director & Staff Writer | University Relations |
| Carolyn Walker | Registered Nurse | Student Health Center |
| Latesha M. Wheeler | Interim Welfare to Work Counselor | President's Office/Center for Leadership & Public Policy |
| Ebony Williams | Abstinence Education Teacher | COE-Foundations & Psychology |
| Frederick Wilson | Acadome Custodian/Stage Hand | Joe L. Reed Acadome |
| Frannie D. Yates | Interim Welfare to Work Counselor | President's Office/Center for Leadership & Public Policy |
| Twindolyn G. Young | Project Coordinator | Center for Leadership & Public Policy |

LAM000439

9

## Alabama Open Meetings Act

Alaba

Admi

**Posted-By:**            Alabama State University Board of Trustees

**Notice History:**

Submitted on 4/1

**Meeting-Date:**         5/5/2006

**Meeting-Time:**         09:30 AM

**Meeting-Location:**     Alabama State Univ/Joe L. Reed Acadome Board Room

915 S. Jackson Street

Montgomery

AL,36101

**Phone-Number:**         334-229-4200

**Meeting-Type:**         regular

**Submission-datetime:**  4/16/2006 8:25:42 PM

**Notice:**

I.    Call to Order
II.   Invocation
III.  Establishment of Quorum
IV.   Adoption of Agenda
V.    Adoption of the Minutes
VI.   President's Report
VII.  Report of the SGA
VIII. Report of the Faculty Senate
IX.   Report of the Non-Academic Staff Council
X.    Committee Reports
      A. Academic Affairs Committee
      B. Athletic Committee
      C. Finance Committee
      D. Student Affairs Committee
      E. Property Committee
XI.   Other Action Items
XII.  Executive Session
XIII. Report from the Executive Session
XIV.  Personnel Actions

LAM000440

## Joe A. Lee

**From:**    ALOMA@sos.alabama.gov
**Sent:**    Sunday, April 16, 2006 8:26 PM
**To:**      Joe A. Lee
**Subject:** Confirmation From SOS

Meeting Date & Time: 5/5/2006 9:30:00 AM
Meeting Location: Alabama State Univ/Joe L. Reed Acadome Board Room,
Montgomery, AL 36101
Meeting Type: regular
Submission Date & Time: 4/16/2006 8:25:42 PM

Alabama State University Board of Trustees has successfully posted a meeting
notice on the web-site provided by the Alabama Secretary Of State's Office. To view
this meeting notice, please click the link below or visit the Alabama Secretary of
State's website at http://www.sos.state.al.us .

You have registered to receive direct notification of meetings held by a
governmental body or agency that currently posts meeting notice on the website
provided by the Alabama Secretary of State's office. Please click the link below to
view the meeting notice that has been posted by the governmental body or agency
of your interest.

To view notice click the 'View-Notice' link below

view-notice

or copy the link and paste it in the browser address box.

https://www.sos.state.al.us/generalpublic/display_notice_details.aspx?
agencyname=Alabama+State+University+Board+of+Trustees&submissiondatetime=
2f16%2f2006+8%3a25%3a42+PM

If you have any questions regarding your receipt of this direct notice, please contact
the Secretary Of State's office at ALOMA@sos.alabama.gov, or you may call to
speak directly with a Program Manager (334)242-7202 or 242-7536.

Thank You,

LAM000441

Nancy L. Worley

Secretary Of State Of Alabama

4/17/2006

# Resolution

BE IT RESOLVED: that the Board of Trustees designates Student Suites, Inc. and Gil Berry and Associates as its developers for the purpose of presenting a plan to design, build, renovate, and finance a proposed Student Housing Redevelopment Master Plan per the proposal presented on October 28, 2005 and revised November 9, 2005. All of the services, which will be performed by said developers, will be without cost to the University.

It is mutually understood that the Board will incur no financial obligation by adoption of this Resolution but will review the Proposal when finally submitted.

APPROVED THIS _____ day of _____, 2006, by a vote of_____.

Ayes_____                                    Nays_____

By:_____

Title:_____

          



# Minutes of the Alabama State University Board of Trustees Property Committee Meeting
## November 15, 2005

**PRESENT:**
Trustee Buford Crutcher, Committee Chair
Trustee Oscar Crawley
Trustee Marvin Wiggins
**ABSENT:**
Trustee Lawrence Lemak

**OTHERS PRESENT:**
Dr. Joe A. Lee, President
Mr. Freddie Gallot, Vice President for Fiscal Affairs
Dr. Leon Frazier, Vice Pres for Administrative Services
Mr. John Knight, Special Assistant to the President
Trustee Elton Dean

I.  **CALL TO ORDER**
    Chairman Buford Crutcher called the meeting to order at 3:02 p.m. in the Board Room of the Joe L. Reed Acadome.

II. **INVOCATION**
    The invocation was given by Trustee Marvin Wiggins.

III. **ESTABLISHMENT OF QUORUM**
    Trustee Crutcher asked the secretary if a quorum was present. President Lee affirmed a quorum.

    **Adoption of the Agenda**
    Trustee Crutcher asked for a motion to adopt the minutes.

    ***Trustee Wiggins moved that the agenda be approved as written. Trustee Oscar Crawley seconded the motion, and the motion carried unanimously.***

IV. **UPDATE ON FORENSIC SCIENCES FACILITY**

    Trustee Crutcher called on President Lee to report on the status of the Forensic Sciences Facility.

    President Lee reported on several developments related to the Forensic science building. The Bond Commission has asked for an agreement on ownership before funds are issued. Dr. Lee met with Mr. John Knight to get clarity on the Forensic Science facility. Dr. Lee then worked with University Counsel to develop a memo of understanding to be sent to Governor Riley indicating that ASU would own the property. Dr. Lee received a letter from Mr. Ken Wallis, Chief Legal Advisor to the Governor's stating that they hired Mr. Miller of Jemison, Mendelsohn & James P.C. law firm, to assist with the agreement relative to ownership of the Forensic Sciences Facility.

    Dr. Leon Frazier, Vice President for Administrative Services reported as of today, Mr. Miller informed him that the Governor will sign the contract today or tomorrow.

Mr. Crutcher urged the Administration to move forward with finalization of all matters related to the Forensic Science Building as soon as possible.

**V.      REVIEW OF BUILDING PROJECTS IN PROGRESS**

   **A.      Education Building**

   Dr. Frazier distributed a document sent to the Oversight Committee (OC) to the members of the Property Committee members.  Pursuit to the Knight v. State remedial decree, the document sent to the OC requested 44 million dollars from the Court to complete the following building projects – Life Sciences Building, Education Building and the extension of the Library.

   Dr. Lee reported that the plans have been approved for the construction of the Education Complex and we are waiting for bids.  The current hold up is funding.

   **B.      Dining Facility**

   Dr. Frazier reported that the Dining Facility construction has been underway since May 06.  A minor problem developed with the Sewer/Water board.  The problem was rectified when ASU placed a bond that indemnified the Water Board in case there was a break of a water line. The project is scheduled for completion in Jan 2007.

   **C.      Microbiology Facility**
   Dr. Lee reported that the Microbiology Facility will be called the Life Sciences Building and funding has been requested from the Court to begin construction.

   **D.      Upgrade to Library**
   Dr. Lee stated that in the upgrade to the Library was included with the funds requested from the court relative to the Knight v. State remedial decree.

   **E.      Other Projects**

   1) A Southern Christian Leadership Conference (SCLC) proposal to build a monument of Rosa Parks near the site of the Alabama State Teachers' College Laboratory High School from which Mrs. Parks graduated. The monument is expected to be sited between the Tullibody Fine Arts Center and the Tullibody Music Hall.

   ***Trustee Crutcher called for a motion to recommend to the full board to accept SCLC's proposal for a Rosa Parks Monument on the campus of ASU. Trustee Wiggins moved that the proposal be accepted. Trustee Crawley seconded, and the motion carried unanimously.***

   2) Renovation of German Hall at the Southern Normal Campus is underway.  It is an old elementary school facility currently housing a 3-year grant program through the *No Child Left Behind Act.*  Dr. Lee stated that this facility will be dedicated on Saturday, November 19, 2005 and that it will be an excellent facility to house conference and retreats.

   Trustee Wiggins questioned why renovating taking place at Southern Normal when we have many problems with our dorms on the main campus.

   Dr. Lee informed the Committee members that Southern Normal was purchased in 1996 by the University and is a part of the mission of the University.  He further stated that it is a facility that can be used as an ancillary campus to teach graduate level courses.  Dr. Lee invited the Board to visit the campus of Southern Normal to see what is currently taking place there.

*Trustee Wiggins, Dean and Crutcher requested information that shows maintenance and operating costs for Southern Normal and all the programs that are there.*

*Trustees Wiggins, Crutcher and Crawley would like to have a time arranged for them to visit the Southern Normal Campus.*

3) The Nat King Cole House project is a part of the Library extension project. Dr. Lee reported that renovation will commence when funding becomes available.

4) Dr. Frazier reported that work will begin on the tennis courts soon and be completed by the start of the tennis season. Work will meet the requirements for intercollegiate competition.

5) Dr. Lee stated that work on the football field and track will begin after football season.

Trustee Wiggins questioned if the University has a maintenance upkeep plan in writing.

Dr. Lee responded that there has been a problem for many years with deferred maintenance. The goal is to develop a comprehensive facility maintenance plan inclusive of the residence halls and all other facility on the entire campus. Dr. Lee stated that other universities are establishing endowments for the purpose of maintaining facilities.

Trustee Crutcher brought up the matter of student housing and informed the attendees that the Board of Trustees had a workshop on this issue.

Dr. Frazier stated that this issue had been addressed earlier by a committee that Dr. Lee appointed to develop a plan for housing upgrade. The committee had several presentations from various vendors including Student Suites which is the same group now working with the Board.

6) Dr. Lee informed the Committee that the closing for the "Destin Energy Project"(approved by the Board previously) would take place on November 16, 2006 at 8:00 a.m at the law firm of Rushton, Stakley, Johnson and Garrett.

## VII.    DISCUSS OPTIONS TO UPGRADE STUDENT HOUSING

Trustee Crutcher called for a motion regarding the development of a Student Housing Plan from Student Suites to be approved by the committee for recommendation to the Board of Trustees.

> ***Trustee Wiggins moved that the Property Committee recommend to the Board that Student Suites be engaged to develop a plan for development of student housing on the campus of Alabama State University. Trustee Crawley seconded the motion, and the motion carried unanimously.***

Trustee Crutcher stated that a resolution should be written to be presented to the Board in reference to the above motion. Dr. Frazier was directed to write said resolution stating that the Property Committee accepts proposal put before them to engage Student Suites to develop a project proposal plan for student housing. Dr. Frazier is also to inform Student Suites of the action taken by the Property Committee.

## VI.    DISCUSS UNIVERSITY'S MASTER PLAN FOR DEVELOPMENT

Trustee Crutcher stated that the Property Committee should look at a standard for building projects on campus in terms of specifics and all aspects of various projects.  He expressed the need for the development of a University Master Plan.  He stated that a complete outline of the infrastructure should be a part of the master plan.

Dr. Frazier informed the Committee that six years ago, the Board of Trustees approved a Master Plan developed by Chambliss and Associates.  They were to develop a comprehensive plan for the campus.

## VII.     OTHER BUSINESS

Dr. Charles Smith was recognized.  His main concern was to bring to the attention of the Committee the need for increased safety and security for the campus as it is extended beyond its current grounds.

Trustee Crutcher stated that the development of a University Master Plan would be instrumental in addressing the issue raised by Dr. Charles Smith.

Trustee Crawley asked that Frank Hawkins be invited to the University to make a presentation to Property Committee.

> *Trustee Crutcher asked for a motion regarding the invitation to Mr. Hawkins.  Trustee Wiggins moved that the University Administration invite Mr. Frank Hawkins to the University to make a presentation to the Property Committee.  Trustee Crawley seconded the motion, and the motion carried unanimously.*

## IX.     ADJOURNMENT

There being no further business to come before the Property Committee, Chairman Buford Crutcher called for a motion to adjourn the meeting.

> *Trustee Wiggins made the motion to adjourn, and Trustee Crawley seconded the motion.  The motion carried unanimously.*

The meeting of the Alabama State University Board of Trustees Property Committee was adjourned at 5:15 p.m.

_____                    _____
*Buford Crutcher, Chair*                                           *Joe A. Lee*
*Alabama State University*                                        *President of Alabama State*
*Board of Trustees*                                                  *University and Secretary to the*
                                                                              *Board*

*Attachments:*     *Agenda for Alabama State University Board of Trustee Property Committee Meeting, November 15, 2005*
                          *Confirmation of posting with the Secretary of State*

## Thomas, Kenneth

| | |
|---|---|
| **From:** | gil berry [gilberry@verizon.net] |
| **Sent:** | Saturday, July 29, 2006 8:19 AM |
| **To:** | Thomas, Kenneth; Dr.Charles Smith; Freddie Gallot Jr.; John Chambless; Leon Frazier; Marvin Wayne Wiggins; President Lee; Wyatt Haskell |
| **Cc:** | Arne Goldman; Dick Davis |
| **Subject:** | Re: Proprietary Information Review |

Good Morning Kenny,

I have no problem with Ken and Percy assisting the President with reviewing the scope of work that the Development Team will be performing for ASU. This falls under professional services, which was voted on by the board, and does not fall under any bid process. Again, I have no objections to Ken and Percy reviewing the scope of work outlined by MBC with President Lee.

 I would also like to suggest that you, President Lee, Ken, and Percy use the following link www.marousbrothers.com and review the long list of major projects and wide scope of construction management services provided by MBC.   They are one of Ohio's largest Construction Manager/ General Contractors and have won numerous awards including the Prestigious Award for Who's Who Worldwide. They have received their general contracting license in the state of Alabama, scoring extremely high on the exam. With their large bonding capacity they can bid any size job there in the state of Alabama. I would match their credentials against anyone.

If you have any further questions please aways feel free to reach me on my cell phone.

Sincerely,

Gil


Gil Berry
President
Gil Berry and Associates
721 Acorn Lane
Jefferson Hills, Pa., 15025
412-965-0466(cell)
412-720-1448
1-866-813-9854
412-384-5980 (fax)
gilberry@verizon.net
www.gb-and-assocs.com


----- Original Message ----
From: "Thomas, Kenneth" <KLThomas@tmgslaw.com>
To: gil berry <gilberry@verizon.net>; Dr.Charles Smith <charlessmith@alasu.edu>; Freddie Gallot Jr.
<fgallot@alasu.edu>; John Chambless <jchambless@brownchambless.com>; Leon Frazier
<frazier@alasu.edu>; Marvin Wayne Wiggins <marvin.wiggins@alacourt.gov>; President Lee

5/8/2007

&lt;leejo@alasu.edu&gt;; Wyatt Haskell &lt;wrh@hsy.com&gt;
Cc: Arne Goldman &lt;agoldman@marousbrothers.com&gt;; Dick Davis &lt;davis@discoverynet.com&gt;
Sent: Friday, July 28, 2006 7:04:57 PM
Subject: RE: Proprietary Information Review

Gill: This e-mail will further confirm our telephone conference this evening during which I advised you that
President Lee has engaged W. Ken Upchurch and Percy Thomas, TCU Consultant Service LLC, to assist him as
a part of his due diligence/review of the documents and the Development Agreement provided by SSGBA. You
informed me that you had no objection to the President moving forward as planned. If I have failed to accurately
state our understanding and your approval, please advise immediately. Thanks. KLT

**From:** gil berry [mailto:gilberry@verizon.net]
**Sent:** Friday, July 28, 2006 2:52 PM
**To:** Thomas, Kenneth ; Dr.Charles Smith; Freddie Gallot Jr.; John Chambless; Leon Frazier; Marvin Wayne
Wiggins; President Lee; Wyatt Haskell
**Cc:** Arne Goldman; Dick Davis
**Subject:** Re: Proprietary Information Review

Kenny,

If it is not a Program Manager that is reviewing our documents I would like you to supply me with a list
of who is reviewing the documents, as well as what company they may be working for or with, and what
their affiliation is with the University. I also would like to ensure that our documents are being reviewed
there at the University.

I look forward to working with you and the administration on this project. If there are any questions that
you, the administration, or the board may have please feel free to contact me or any member of the
development team.

Sincerely,

Gil Berry
President
Gil Berry and Associates
721 Acorn Lane
Jefferson Hills , Pa. , 15025
412-965-0466(cell)
412-720-1448
1-866-813-9854
412-384-5980 (fax)
gilberry@verizon.net
www.gb-and-assocs.com


----- Original Message ----
From: " Thomas, Kenneth " &lt;KLThomas@tmgslaw.com&gt;
To: gilberry@verizon.net; buford@jbladi.com; charlessmith@alasu.edu; fgallot@alasu.edu;
jchambless@brownchambless.com; frazier@alasu.edu; marvin.wiggins@alacourt.gov; leejo@alasu.edu;
wrh@hsy.com
Cc: agoldman@marousbrothers.com; davis@discoverynet.com
Sent: Friday, July 28, 2006 12:06:43 PM
Subject: Re: Proprietary Information Review

Gill: I am headed to my meeting with the President to further discuss your earlier e-mail and brief him on our telephone conference. At no time during our discussion did I say or represent to you that the University had hired a program manager for this proposed project. The reference to a program/progect manager was illustrative of the types of consultants that could review the documents in light of your e-mail. As I stated to you, once I have consulted with the President I will advise you accordingly of the University's response to the e-mail. Thanks. KLT

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: gil berry <gilberry@verizon.net>
To: Buford Crutcher <buford@jbladi.com>; Dr.Charles Smith <charlessmith@alasu.edu>; Freddie Gallot Jr. <fgallot@alasu.edu>; John Chambless <jchambless@brownchambless.com>; Thomas, Kenneth <KLThomas@tmgslaw.com>; Leon Frazier <frazier@alasu.edu>; Marvin Wayne Wiggins <marvin.wiggins@alacourt.gov>; President Lee <leejo@alasu.edu>; Wyatt Haskell <wrh@hsy.com>
CC: Arne Goldman <agoldman@marousbrothers.com>; Dick Davis <davis@discoverynet.com>
Sent: Fri Jul 28 10:33:17 2006
Subject: Proprietary Information Review

Good Afternoon Gentlemen:

I have spoken with Attorney Kenny Thomas, and assured him that the development team and I have no problem with the University reviewing the scope of work, and other documents left in their possession in order to allow them due diligence. Again, the development team and I are giving permission to Alabama State University, or those affiliated with the University, to review all documents in their possession pertaining to the renovation project, allowing them due diligence. We welcome the Program Manager on board and look forward to his input.

Sincerely,

Gil Berry
President
Gil Berry and Associates
721 Acorn Lane
Jefferson Hills , Pa. , 15025
412-965-0466(cell)
412-720-1448
1-866-813-9854
412-384-5980 (fax)
gilberry@verizon.net
www.gb-and-assocs.com

5/8/2007

2210-278



ALABAMA STATE UNIVERSITY

MONTGOMERY, ALABAMA 36101  ·  334 / 229-4200

*FILE COPY*

OFFICE OF THE PRESIDENT

September 28, 2006

Mr. Gil Berry
President
Gil Berry and Associates
721 Acorn Lane
Jefferson Hills, PA  15025

Dear Mr. Berry:

As President of Alabama State University, I am charged with the stewardship of both
public and private funds in the execution of my fiduciary responsibility.  One immediate
and challenging responsibility is the renovation of selected student housing units here on
the ASU campus.

As you are already aware, because you were in voluntary attendance, I made a
recommendation to the Alabama State University Board of Trustees, at its September 22,
2006 meeting, that we not engage Student Suites/Gill Berry & Associates for this
proposed project.

Under separate cover, I am returning all documents provided ASU relating to your
proposals regarding this project.  I sincerely regret that we could not arrive at acceptable
terms on matters associated with this project.

Thank you so much for your interest in student housing at Alabama State University.

Sincerely,

Joe A. Lee
President

Cs:    Mr. Elton Dean
       Mr. Kenneth Thomas, Esq.
       Mr. Ken Upchurch



RECEIVED

OCT - 2 2006

THOMAS, MEANS, GILLIS & SEAY, P.C.
ATTORNEYS AND COUNSELORS AT LAW
ATLANTA, GA.



# ALABAMA STATE UNIVERSITY

MONTGOMERY, ALABAMA 36101 • 334 / 229-4200

OFFICE OF THE PRESIDENT

October 23, 2006

Mr. Gil Berry
President
Gil Berry and Associates
721 Acorn Lane
Jefferson Hills, PA  15025

Dear Mr. Berry:

As previously advised, we have collected all documents you forwarded or otherwise delivered to Alabama State University relative to the proposed student housing projects. Please find enclosed those documents.

If there are other items that you feel should be enclosed, please contact us.

Sincerely,

Joe A. Lee
President

JAL:edh

Enclosures:    (3)  Student Housing Redevelopment Master Plan Binders 9/20/05
               (1)  Student Housing Redevelopment Master Plan Binder 11/9/05
               (2)  Blueprint Sheets 9/9/05
               (3)  Scope of Work Binders

cc:  Kenneth Thomas, Esq.
     Mr. Willie McCladdie

RECEIVED

OCT 2 6 2006

THOMAS, MEANS, GILLIS & SEAY, P.C.
ATTORNEYS AND COUNSELORS AT LAW
ATLANTA, GA.