IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTR., LLC, a corporation, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 2:07cv384-ID ) |
| ALABAMA STATE UNIVERSITY, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendant Alabama State University's Motion to Dismiss, filed May 30, 2007 (Doc. No. 7), it is ORDERED that Plaintiffs show cause, if any there be, on or before June 14, 2007, why said motion should not be granted.

Done this 31st day of May, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE