IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Marous Brothers Construction, L.L.C., a corporation, and Gil Berry, an individual and d/b/a Gil Berry & Associates,<br><br>    Plaintiffs,<br><br>Alabama State University, a public Corporation; W. Ken Upchurch III, an individual; Percy Thomas, an individual; TCU Consulting Services, L.L.C., a Corporation; Joe A. Lee, individually and in his official capacity as President of Alabama State University; Elton N. Dean, Sr., individually and in his official Capacity as Chairman of the Board of Trustees of Alabama State University. | 2:07-CV-00384-ID-CSC |

## DEFENDANT TCU'S CONFLICT DISCLOSURE STATEMENT

Defendant TCU Consulting Services, LLC does hereby disclose the following parent companies, subsidiaries, affiliates, partnerships, joint ventures, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. W.K. Upchurch Construction Co., Inc.

2. Thomas Masonry & Construction, Inc.

Respectfully submitted this 7th day of June, 2007.

                              s/ R. Brooke Lawson III
                              **J. LISTER HUBBARD (HUB007)**
                              **R. BROOKE LAWSON III (LAW026)**

        Attorneys for Defendants W. Ken Upchurch III, Percy Thomas and TCU Consulting Services, LLC

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
334/241-8000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following was served on the following by electronic filing, on this the 7th day of June, 2007:

Augusta S. Dowd, Esq.
Katherine R. Brown, Esq.
White Arnold Andrews & Dowd, P.C.
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203

Kenneth L. Thomas, Esq.
Christopher K. Whitehead, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

        /s/ R. Brooke Lawson III
        Of Counsel