IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Marous Brothers Construction, LLC,** a corporation, and **Gil Berry**, an individual d/b/a **Gil Berry & Associates,** | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.: 2:07-CV-00384-ID-CSC |
| **Alabama State University,** a public corporation; **W. Ken Upchurch, III,** an individual; **Percy Thomas,** an individual; **TCU Consulting Services, LLC,** a corporation; **Joe A. Lee,** individually and in his official capacity as President of Alabama State University; **Elton N. Dean, Sr.,** individually and in his official Capacity as Chairman of the Board of Trustees of Alabama State University, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**There are no entities to be reported.**

Respectfully submitted this the 11th day of June, 2007.

/s/ AUGUSTA S. DOWD
AUGUSTA S. DOWD (ASB-5274-d58a)
KATHERINE R. BROWN (ASB-4963-n77r)
Attorney for Plaintiff Marous Brothers Construction

- 2 -

OF COUNSEL:
**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North, Suite 600
Birmingham, Alabama  35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907


**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was served on the following counsel of record via the CM/ECF filing system on this the 11th day of June, 2007.

J. Lister Hubbard
R. Brooke Lawson, III
Capell & Howard, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
jlh@chlaw.com
rbl@chlaw.com

Kenneth L. Thomas
Christopher K. Whitehead
Ramadanah M. Salaam-Jones
Thomas, Means, Gillis, & Seay, P.C.
Post Drawer 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058
klthomas@tmgslaw.com
ckwhitehead@tmgslaw.com
rsjones@tmgslaw.com


         /s/ AUGUSTA S. DOWD
         OF COUNSEL