# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **Marous Brothers Construction, LLC,** a corporation, and **Gil Berry,** an individual d/b/a **Gil Berry & Associates,** | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.: 2:07-CV-00384-ID-CSC<br>) |
| **Alabama State University,** a public corporation; **W. Ken Upchurch, III,** an individual; **Percy Thomas,** an individual; **TCU Consulting Services, LLC,** a corporation; **Joe A. Lee,** individually and in his official capacity as President of Alabama State University; **Elton N. Dean, Sr.,** individually and in his official Capacity as Chairman of the Board of Trustees of Alabama State University, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE ON BEHALF OF THE PLAINTIFFS

Comes now Stanley J. Murphy and files this Notice of Appearance as additional counsel on behalf of the plaintiffs in this action. The plaintiffs will continue also to be represented by their current counsel of record.

Respectfully submitted:

/s/ Stanley J. Murphy
STANLEY J. MURPHY (ASB-6904-H59S)
One of the Attorneys for the Plaintiffs

Of Counsel:
Murphy & Murphy, LLC
P.O. Box 3163
Tuscaloosa, AL 35403
Tel: 205-349-1444
Fax: 205-349-1445
Email: murphyandmurphy@bellsouth.net

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on the following counsel of record via the CM/ECF filing system on this the 13th day of June, 2007.

Augusta S. Dowd
Katherine R. Brown
White, Arnold, Andrews & Dowd P.C.
2025 Third Avenue North, Suite 600
Birmingham, Alabama  35203

J. Lister Hubbard
R. Brooke Lawson, III
Capell & Howard, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069

Kenneth L. Thomas
Christopher K. Whitehead
Ramadanah M. Salaam-Jones
Thomas, Means, Gillis, & Seay, P.C.
Post Drawer 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058

                                            /s/ Stanley J. Murphy
                                            OF COUNSEL