IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Marous Brothers Construction, LLC, a corporation, and Gil Berry, an individual, d/b /a Gil Berry & Associates,      Plaintiffs, v. Alabama State University, a public corporation; W. Ken Upchurch, III, an individual; Percy Thomas, an individual; TCU Consulting Services, LLC, a corporation; Joe A. Lee, individually and in his official capacity as President of Alabama State University; Elton N. Dean, Sr., individually and in his individual capacity as Chairman of the Board of Trustees of Alabama State University,      Defendants. | ) ) ) ) ) ) ) ) Civil Action No.: 2:07-CV-00384-ID-CSC ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

Comes now Stephen R. Arnold, Esq. and hereby enters his appearance as additional counsel on behalf of plaintiffs Marous Brothers Construction, LLC and Gil Berry, an individual, d/b/a Gil Berry & Associates, in the above-styled cause.

/s/ Stephen R. Arnold
Stephen R. Arnold (ASB-4882-d64s)
Attorney for Plaintiffs

OF COUNSEL:
White Arnold Andrews & Dowd P.C.
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following counsel of record via the CM/ECF filing system on this the 21st day of June, 2007.

J. Lister Hubbard
R. Brooke Lawson, III
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
jlh@chlaw.com
rbl@chlaw.com

Kenneth L. Thomas
Christopher K. Whitehead
Ramadanah M. Salaam-Jones
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, AL 36103-5058
ckwhitehead@tmgslaw.com
ckwhitehead@tmgslaw.com
rsjones@tmgslaw.com

Stanley J. Murphy
Murphy & Murphy, LLC
P. O. Box 3163
Tuscaloosa, AL 35403
murphyandmurphy@bellsouth.net


/s/ Stephen R. Arnold
OF COUNSEL