IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Marous Brothers Construction, LLC, )<br>a corporation, and Gil Berry, an )<br>individual d/b/a )<br>Gil Berry & Associates, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>Alabama State University, a public )<br>corporation; W. Ken Upchurch, III, an )<br>individual; Percy Thomas, an individual; )<br>TCU Consulting Services, LLC, a )<br>corporation; Joe A. Lee, individually and )<br>in his official capacity as President of )<br>Alabama State University; Elton N. Dean,)<br>Sr., individually and in his official )<br>Capacity as Chairman of the Board of )<br>Trustees of Alabama State University, )<br>)<br>    Defendants. ) | Civil Action No.: 2:07-CV-00384-ID-CSC |

## NOTICE OF APPEARANCE

COMES NOW Julia Smeds Roth, of the law firm of White, Arnold, Andrews & Dowd P.C., and hereby enters her appearance on behalf of Plaintiffs.

                                        /s/ Julia Smeds Roth
                                        Julia Smeds Roth (ABS-1872-T83J)
                                        Attorney for Plaintiff

**OF COUNSEL:**
**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North
Suite 600
Birmingham, Alabama 35203
Phone: 205-323-1888
Fax:   205-323-8907
E-Mail: jroth@waadlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of, June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF-participant counsel of record:

| | |
|---|---|
| Ramadanah Maryum Salaam-Jones<br>Thomas Means Gillis & Seay PC<br>3121 Zelda Court<br>Montgomery, AL 36103<br>334-270-1033<br>334-260-9396 (fax)<br>rsjones@tmgslaw.com<br>Assigned: 05/30/2007<br>ATTORNEY TO BE NOTICED | Kenneth Lamar Thomas<br>Thomas Means Gillis & Seay PC<br>PO Drawer 5058<br>Montgomery, AL 36103-5058<br>334-270-1033<br>260-9396 (fax)<br>klthomas@tmgpc.com<br>Assigned: 05/30/2007<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| Christopher Kyle Whitehead<br>Thomas Means Gillis & Seay PC<br>PO Drawer 5058<br>Montgomery, AL 36103-5058<br>334-270-1033<br>260-9396 (fax)<br>ckwhitehead@tmgpc.com<br>Assigned: 05/30/2007<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Joseph Lister Hubbard<br>Capell Howard PC<br>PO Box 2069<br>Montgomery, AL 36102-2069<br>334-241-8000<br>334-323-8888 (fax)<br>jlh@chlaw.com<br>Assigned: 05/30/2007<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| R. Brooke Lawson, III<br>Capell Howard PC<br>150 South Perry Street<br>Montgomery, AL 36104<br>334-241-8000<br>241-8231 (fax)<br>rbl@chlaw.com<br>Assigned: 05/30/2007<br>ATTORNEY TO BE NOTICED | Stanley J Murphy<br>Murphy & Murphy, LLC<br>P.O. Box 3163<br>Tuscaloosa, AL 35403<br>205-349-1444<br>205-349-1445 (fax)<br>murphyandmurphy@bellsouth.net<br>*Assigned: 06/13/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

s/ Julia Smeds Roth
OF COUNSEL