IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Marous Brothers Construction, LLC,** a corporation, and **Gil Berry,** an individual d/b/a **Gil Berry & Associates,**<br><br>Plaintiffs,<br><br>v.<br><br>**Alabama State University,** a public corporation; **W. Ken Upchurch, III,** an individual; **Percy Thomas,** an individual; **TCU Consulting Services, LLC,** a corporation; **Joe A. Lee,** individually and in his official capacity as President of Alabama State University; **Elton N. Dean, Sr.,** individually and in his official Capacity as Chairman of the Board of Trustees of Alabama State University,<br><br>Defendants. | Civil Action No.: 2:07-CV-00384-ID-CSC |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances**. Pursuant to Fed. R. Civ. P. 26(f), a telephone conference was held on Monday, June 18, 2007, and was attended by:

>J. Lister Hubbard
>R. Brooke Lawson, III
>CAPELL & HOWARD, P.C.
>Attorneys for Defendants TCU, W. Ken Upchurch, III, and Percy Thomas
>
>Ramadanah M. Salaam-Jones
>THOMAS, MEANS, GILLIS, & SEAY, P.C.
>One of the attorneys for Defendants ASU, Joe A. Lee, and Elton N. Dean, Sr.
>
>Augusta S. Dowd
>Julia Smeds Roth
>Katherine R. Brown

WHITE ARNOLD ANDREWS & DOWD P.C.
Attorneys for Plaintiffs

Stanley J. Murphy
MURPHY & MURPHY
Attorney for Plaintiffs

2.   **Pre-Discovery Disclosures**. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by Wednesday, July 25, 2007.

3.   **Discovery Plan**. The parties propose to the court the following discovery plan:

   a. **Necessary Discovery**:
      i. Parties propose discovery will be needed on the matters raised in the complaint, answer, and/or other pleadings in this matter.

   b. **Electronic Discovery**:
      i. The parties are evaluating their electronic discovery needs and will supplement the report.

   c. **Privilege/Trial-Preparation Material**:
      i. The parties have agreed to comply with Rule 26(b)(5)(B) regarding claims of privilege or of protection as trial-preparation material asserted after production.

4.   The parties disagree regarding the following issues:

   a. **Number of Interrogatories**:
      i. Plaintiffs propose: There will be a maximum of 50 interrogatories by each side (all Plaintiffs being one side and all Defendants being the other side).
      ii. Defendants propose: There will be a maximum of 25 interrogatories by the TCU Defendants (TCU, Upchurch, and Thomas). There will be a maximum of 25 interrogatories by the ASU Defendants (ASU, Lee, and Dean). There will be a maximum of 25 interrogatories by all Plaintiffs.

   b. **Number of Requests for Admission**:
      i. Plaintiffs propose: There will be a maximum of 50 requests for admissions for each side.
      ii. Defendants propose: There will be a maximum of 25 requests for admissions for TCU Defendants and 25 requests

for admissions for ASU Defendants. There will be a maximum of 25 interrogatories by all Plaintiffs.

c. **Number of Depositions**:
  i. Plaintiffs propose: There will be a maximum of 25 depositions for each side.
  ii. Defendants propose: There will be a maximum of 10 depositions for the TCU Defendants and a maximum of 10 depositions for the ASU Defendants. There will be a maximum of 10 depositions for all Plaintiffs.

d. **Deposition Length**: The deposition of each party will be limited to a maximum of 7 hours. Plaintiffs propose that depositions of non-parties will not be subject to this maximum length.

e. **Length of Trial**:
  i. At this time, Plaintiffs expect this case to take approximately two weeks of trial time.
  ii. At this time, Defendants expect this case to take approximately one week of trial time.

5. **Other Items**.

  a. **Discovery Cut-off**: All discovery will be commenced in time to be completed by Monday, February 4, 2008.

  b. **Expert Witnesses**: Reports from retained experts will be due from Plaintiffs' experts by Tuesday, December 4, 2007, and from Defendants' experts by Friday, January 4, 2008.

  c. **Supplementations**: Any supplementations to disclosures or discovery responses will be made seasonably and timely throughout the course of this litigation. Plaintiffs propose a deadline for supplementation of November 20, 2007.

  d. **Scheduling Conference**: The parties request a conference with the court before entry of the scheduling order. Conference attendance may be permitted by telephone for those unable to attend the conference before the court.

  e. **Pretrial Conference**: The parties request a pretrial conference in May 2008.

    f. **Additional Parties, Claims and Defenses**: Plaintiffs should be allowed to join additional parties and to amend the pleadings by Wednesday, October 17, 2007.

       Defendants should be allowed until Wednesday, November 14, 2007, to join additional parties and amend the pleadings.

    g. **Dispositive Motions**: All potentially dispositive motions should be filed by Monday, February 25, 2008.

    h. **Settlement**: Settlement is unlikely.

    i. **Trial Evidence**: The final list of witnesses and trial evidence under Rule 26(a)(3) should be due 30 days before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

    j. **Trial Date**: During the Rule 26 conference, counsel for Plaintiffs indicated that it would be most realistic to request the court set this case for trial during the October 20, 2008 civil term. However, counsel for Defendants TCU, W. Ken Upchurch, III, and Percy Thomas objected to that trial date, and proposed instead that this case be set for the June 23, 2008 civil term. Based upon the understanding that all parties will promptly and completely respond to discovery, Plaintiffs agreed to a June 23, 2008 trial date. To the extent discovery responses are not so provided, Plaintiffs will move to amend the scheduling order.

Respectfully submitted this the 21st day of June, 2007.

                         /s/ Julia Smeds Roth
                         AUGUSTA S. DOWD
                         JULIA SMEDS ROTH
                         KATHERINE R. BROWN
                         Attorneys for Plaintiffs

OF COUNSEL:
**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907

                         /s/ Stanley J. Murphy

         STANLEY J. MURPHY
         Attorney for Plaintiffs

OF COUNSEL:
**MURPHY & MURPHY LLC**
PO Box 3163
Tuscaloosa , AL 35403-3163
Telephone: (205) 349-1444
Facsimile: (205) 349-1445

         /s/ R. Brooke Lawson, III
         J. LISTER HUBBARD
         R. BROOKE LAWSON, III
         Attorneys for Defendants TCU, W. Ken
         Upchurch, III, and Percy Thomas

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888

         /s/
         KENNETH L. THOMAS
         CHRISTOPHER K. WHITEHEAD
         RAMADANAH M. SALAAM-JONES
         Attorneys for Defendants ASU, Joe A.
         Lee, and Elton N. Dean, Sr.

OF COUNSEL:
**THOMAS, MEANS, GILLIS, & SEAY, P.C.**
Post Drawer 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058
Telephone: (334) 270-1033
Facsimile: (334) 260-9396