# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **Marous Brothers Construction, LLC,** ) <br> **a corporation, and Gil Berry, an** ) <br> **individual d/b/a** ) <br> **Gil Berry & Associates,** ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v.  ) <br>   ) <br> **Alabama State University, a public** ) <br> **corporation; W. Ken Upchurch, III, an** ) <br> **individual; Percy Thomas, an individual;** ) <br> **TCU Consulting Services, LLC, a** ) <br> **corporation; Joe A. Lee, individually and** ) <br> **in his official capacity as President of** ) <br> **Alabama State University; Elton N. Dean,** ) <br> **Sr., individually and in his official** ) <br> **Capacity as Chairman of the Board of** ) <br> **Trustees of Alabama State University,** ) <br>   ) <br>   Defendants. ) | Civil Action No.: 2:07-CV-00384-ID-CSC |

## **CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Gil Berry, an individual and the undersigned party to the above-captioned matter does hereby make the following disclosure concerning individuals, parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 00-MC-3047; as amended June 12, 2007:

There are no entities to be reported.

Done this the _____ day of July, 2007.

        /s/ Julia Smeds Roth
        JULIA SMEDS ROTH (ABS-1872-T83J)
        STEVE ARNOLD
        AUGUSTA D. DOWD
        LINDA FLIPPO
        KATHERINE BROWN
        Attorneys for Plaintiff

**OF COUNSEL:**
**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North
Suite 600
Birmingham, Alabama 35203
Phone: 205-323-1888
Fax:   205-323-8907
E-Mail: jroth@waadlaw.com

        /s/ Stanley J. Murphy
        Stanley J. Murphy
        Murphy & Murphy, LLC
        P.O. Box 3163
        Tuscaloosa, AL 35403
        205-349-1444
        205-349-1445 (fax)
        murphyandmurphy@bellsouth.net
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of, July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF-participant counsel of record:

| | |
|---|---|
| Ramadanah Maryum Salaam-Jones<br>Thomas Means Gillis & Seay PC<br>3121 Zelda Court<br>Montgomery, AL 36103<br>334-270-1033<br>334-260-9396 (fax)<br>rsjones@tmgslaw.com<br>Assigned: 05/30/2007<br>ATTORNEY TO BE NOTICED | Kenneth Lamar Thomas<br>Thomas Means Gillis & Seay PC<br>PO Drawer 5058<br>Montgomery, AL 36103-5058<br>334-270-1033<br>260-9396 (fax)<br>klthomas@tmgpc.com<br>Assigned: 05/30/2007<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| Christopher Kyle Whitehead<br>Thomas Means Gillis & Seay PC<br>PO Drawer 5058<br>Montgomery, AL 36103-5058<br>334-270-1033<br>260-9396 (fax)<br>ckwhitehead@tmgpc.com<br>Assigned: 05/30/2007<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Joseph Lister Hubbard<br>Capell Howard PC<br>PO Box 2069<br>Montgomery, AL 36102-2069<br>334-241-8000<br>334-323-8888 (fax)<br>jlh@chlaw.com<br>Assigned: 05/30/2007<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| R. Brooke Lawson, III<br>Capell Howard PC<br>150 South Perry Street<br>Montgomery, AL 36104<br>334-241-8000<br>241-8231 (fax)<br>rbl@chlaw.com<br>Assigned: 05/30/2007<br>ATTORNEY TO BE NOTICED | |

                    s/ Julia Smeds Roth
                    OF COUNSEL