IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Marous Brothers Construction, LLC, a corporation, and Gil Berry, an individual d/b/a Gil Berry & Associates,<br><br>    Plaintiffs,<br><br>v.<br><br>Alabama State University, a public corporation; W. Ken Upchurch, III, an individual; Percy Thomas, an individual; TCU Consulting Services, LLC, a corporation; Joe A. Lee, individually and in his official capacity as President of Alabama State University; Elton N. Dean, Sr., individually and in his official Capacity as Chairman of the Board of Trustees of Alabama State University,<br><br>    Defendants. | Civil Action No.: 2:07-CV-00384-ID-CSC |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

COME NOW Plaintiffs, Marous Brothers Construction, Inc. (incorrectly described in the complaint as "Marous Brothers Construction, LLC") and Gil Berry, by and through their counsel, and give notice to the Clerk of this Court that the following discovery document was served upon Defendant Alabama State University on July 6, 2007 via e-mail and U.S. Mail:

1.   Plaintiffs' Joint First Request for the Production of Documents to Defendant ASU.

/s/ Augusta S. Dowd
AUGUSTA S. DOWD
STEVEN R. ARNOLD
JULIA S. ROTH
KATHERINE R. BROWN
Attorneys for Plaintiffs
Marous Brothers Construction, Inc. and Gil Berry

OF COUNSEL:
**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
adowd@waadlaw.com
sarnold@waadlaw.com
jroth@waadlaw.com
kbrown@waadlaw.com

                                        STANLEY J. MURPHY
                                        Attorney for Plaintiffs
                                        Marous Brothers Construction, Inc. and Gil Berry

OF COUNSEL:
**MURPHY & MURPHY LLC**
P. O. Box 3163
Tuscaloosa, AL 35403-3163
Telephone: (205) 349-1444
Facsimile: (205) 349-1445
murphyandmurphy@bellsouth.net

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Service of Discovery Documents was served on the following counsel of record via the CM/ECF filing system on this the 10th day of July, 2007.

| | |
|---|---|
| J. Lister Hubbard | Kenneth L. Thomas |
| R. Brooke Lawson, III | Christopher K. Whitehead |
| Capell & Howard, P.C. | Ramadanah M. Salaam-Jones |
| P. O. Box 2069 | Thomas, Means, Gillis & Seay, P.C. |
| Montgomery, AL 36102-2069 | P.O. Drawer 5058 |
| jlh@chlaw.com | Montgomery, AL 36103-5058 |
| rbl@chlaw.com | ckwhitehead@tmgslaw.com |
| | ckwhitehead@tmgslaw.com |
| | rsjones@tmgslaw.com |

                                        /s/ Augusta S. Dowd
                                        OF COUNSEL