IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Marous Brothers Construction, LLC,** a corporation, and **Gil Berry,** an individual d/b/a Gil Berry & Associates, | ) ) ) ) |
| PLAINTIFFS, | )C.A.N.: 2:07-cv-00384-ID-CSC ) |
| v. | ) ) |
| **Alabama State University, et al.,** | ) ) |
| DEFENDANTS. | ) |

## CORPORATE CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, Alabama State University ("ASU"), President Joe A. Lee, and Chairman Elton N. Dean, Sr. make the following statement regarding parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. As it relates to ASU, ASU states that it is an entity of the State of Alabama.

2. As it relates to President Joe A. Lee, there are no entities to be reported.

3. As it relates to Chairman Elton N. Dean, Sr., he states that he is the owner of Dean Realty, Inc.

                                             Respectfully Submitted,

                                             /s/ Ramadanah M. Salaam-Jones
                                             **KENNETH L. THOMAS (THO043)**
                                             **CHRISTOPHER K. WHITEHEAD (WHI105**
                                             **RAMADANAH M. SALAAM-JONES (SAL026)**

OF COUNSEL:
**THOMAS, MEANS,GILLIS,& SEAY,  P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033
Fax: (334)260-9396

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid on this the 11th day of July, 2007:

AUGUSTA S. DOWD
STEPHEN R. ARNOLD
KATHERINE R. BROWN
**WHITE, ARNOLD, ANDREWS & DOWD, P.C.**
2025 3rd Avenue North, Suite 600
Birmingham, Alabama 35203
(205) 323-1888
Fax: (205) 323-8907

STANLEY JAY MURPHY
MURPHY & MURPHY LLC
P.O. Box 3163
Tuscaloosa , AL 35403-3163
(205) 349-1444
Fax: (205) 349-1445

J. LISTER HUBBARD
R. BROOKE LAWSON
**CAPEL & HOWARD, P.C.**
Post Office Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000
Fax: (334) 323-8888

                                              /s/ Ramadanah M. Salaam-Jones
                                              **OF COUNSEL**