## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **Marous Brothers Construction, L.L.C.,** | ) | |
| **a corporation, and Gil Berry, an** | ) | |
| **individual and d/b/a** | ) | |
| **Gil Berry & Associates,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Alabama State University, a public** | ) | **2:07-CV-00384-ID-CSC** |
| **Corporation; W. Ken Upchurch III, an** | ) | |
| **individual; Percy Thomas, an individual;** | ) | |
| **TCU Consulting Services, L.L.C., a** | ) | |
| **Corporation; Joe A. Lee, individually** | ) | |
| **and in his official capacity as President** | ) | |
| **of Alabama State University; Elton N.** | ) | |
| **Dean, Sr., individually and in his official** | ) | |
| **Capacity as Chairman of the Board of** | ) | |
| **Trustees of Alabama State University.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

Defendants W. Ken Upchurch III and Percy Thomas do hereby disclose the following parent companies, subsidiaries, affiliates, partnerships, joint ventures, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. There are no such entities to report for W. Ken Upchurch III.

2. There are no such entities to report for Percy Thomas.

Respectfully submitted this 12th day of July, 2007.


s/      R. Brooke Lawson III
**J. LISTER HUBBARD (HUB007)**
**R. BROOKE LAWSON III (LAW026)**

Attorneys for Defendants W. Ken Upchurch III, Percy Thomas and TCU Consulting Services, LLC

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama  36102-2069
334/241-8000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following was served on the following by electronic filing, on this the 12th day of July, 2007:

Augusta S. Dowd, Esq.
Katherine R. Brown, Esq.
White Arnold Andrews & Dowd, P.C.
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203

Kenneth L. Thomas, Esq.
Christopher K. Whitehead, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

Stanley J. Murphy, Esq.
Murphy & Murphy, LLC
P.O. Box 3163
Tuscaloosa, Alabama 35403-3163

/s/            R. Brooke Lawson III
Of Counsel