IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MAROUS BROTHERS CONSTR., LLC,** a corporation, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 2:07cv384-ID ) |
| **ALABAMA STATE UNIVERSITY,** et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the motion for leave to file counterclaim (Doc. No. 27), filed by Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas, it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 5th day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE