IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Marous Brothers Construction, LLC, a corporation, and Gil Berry, an individual, d/b/a Gil Berry & Associates,<br><br>    Plaintiffs,<br><br>v.<br><br>Alabama State University, a public corporation; W. Ken Upchurch, III, an individual; Percy Thomas, an individual; TCU Consulting Services, LLC, a corporation; Joe A. Lee, individually and in his official capacity as President of Alabama State University; Elton N. Dean, Sr., individually and in his individual capacity as Chairman of the Board of Trustees of Alabama State University,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:07-cv-00384-ID-CSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MAROUS BROTHERS CONSTRUCTION'S MOTION TO DISMISS**

Plaintiff/Counterclaim Defendant Marous Brothers Construction (hereinafter "Marous"), through undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Counterclaim against it and each count thereof on the following grounds:

1. Defendants/Counterclaim Plaintiffs fail to state a claim upon which relief can be granted;

2. Defendants/Counterclaim Plaintiffs can prove no set of facts in support of their claim which would entitle them to relief.

In further support of its motion, Marous incorporates and relies upon the pleadings filed to date and the arguments and authorities set forth in its Brief in Support of Marous Brothers Construction's Motion to Dismiss.

2

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff/Counterclaim Defendant Marous Brothers Construction respectfully moves this Court to dismiss the Counterclaim against it and each count thereof pursuant to Federal Rule of Civil Procedure 12(b)(6).

RESPECTFULLY SUBMITTED, this the 25th day of September 2007.

/s/ **KATHERINE R. BROWN**
AUGUSTA S. DOWD
STEVEN R. ARNOLD
JULIA S. ROTH
KATHERINE R. BROWN
Attorneys for Plaintiffs
Marous Brothers Construction, Inc. and Gil Berry

OF COUNSEL:
**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
adowd@waadlaw.com
sarnold@waadlaw.com
jroth@waadlaw.com
kbrown@waadlaw.com

OF COUNSEL
STANLEY J. MURPHY
Attorney for Plaintiffs
Marous Brothers Construction, Inc. and Gil Berry
**MURPHY & MURPHY LLC**
PO Box 3163
Tuscaloosa, AL 35403-3163
Telephone: (205) 349-1444
Facsimile: (205) 349-1445
murphyandmurphy@bellsouth.net

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the following counsel of record via U.S. Mail and email on this the 25th day of September 2007.

J. Lister Hubbard
R. Brooke Lawson, III
Capell & Howard, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
jlh@chlaw.com
rbl@chlaw.com

Kenneth L. Thomas
Christopher K. Whitehead
Ramadanah M. Salaam-Jones
Thomas, Means, Gillis, & Seay, P.C.
Post Drawer 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058
klthomas@tmgslaw.com
ckwhitehead@tmgslaw.com
rsjones@tmgslaw.com

/s/ **KATHERINE R. BROWN**
OF COUNSEL