IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTR., LLC, ) <br> a corporation, et al.,  ) <br> ) <br> Plaintiffs,  ) <br> ) <br> v.  ) <br> ) <br> ALABAMA STATE UNIVERSITY,  ) <br> et al.,  ) <br> ) <br> Defendants.  ) | CIVIL ACTION NO. 2:07cv384-ID |

**ORDER**

Upon CONSIDERATION of Plaintiffs/Counterclaim Defendants Gil Berry's and Marous Brothers Construction's motions to dismiss (Doc. Nos. 32, 34), it is ORDERED that Defendants/Counterclaim Plaintiffs show cause, if any there be, on or before October 15, 2007, why said motions should not be granted. Plaintiffs/Counterclaim Defendants may file a reply, if desired, on or before October 22, 2007.

Done this 1st day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE