**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| Marous Brothers Construction, LLC, a corporation, and Gil Berry, an individual, d/b /a Gil Berry & Associates, </br></br>  Plaintiffs, </br></br> v. </br></br> Alabama State University, a public corporation; W. Ken Upchurch, III, an individual; Percy Thomas, an individual; TCU Consulting Services, LLC, a corporation; Joe A. Lee, individually and in his official capacity as President of Alabama State University; Elton N. Dean, Sr., individually and in his individual capacity as Chairman of the Board of Trustees of Alabama State University, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No.: 2:07-CV-00384-ID-CSC </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**MOTION TO WITHDRAW AND FOR SUSPENSION OF DEADLINES**

**COME NOW** the law firms of White Arnold Andrews & Dowd P.C. and Murphy & Murphy, LLC, by and through attorneys Augusta S. Dowd, Stephen R. Arnold, Julia Roth, Katherine R. Brown and Stanley J. Murphy, and respectfully move this Court for leave to withdraw as counsel for Plaintiffs Marous Brothers Construction, LLC and Gil Berry, an individual, d/b/a Gil Berry & Associates, in the above-styled cause, on the grounds of irreconcilable conflict under the Alabama Rules of Professional Responsibility and state as follows:

1. Certain matters and issues have arisen during the course of counsels' representation of Plaintiffs that compel withdrawal. Counsel believes that the Alabama

Rules of Professional Responsibility direct that the withdrawal requested herein is not a discretionary matter.

2. All Plaintiffs have been advised of this Motion to Withdraw and of their need to immediately seek new representation in this matter.

3. Counsel asks this Court to consider suspending *ex mero motu* all activity and deadlines in this litigation for a period of forty-five (45) days to enable each Plaintiff to retain new counsel.

4. Plaintiffs have been given notice of the status of this cause and advised of all deadlines in this matter.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel ask this Court to permit their withdrawal as counsel of record for the Plaintiffs in this litigation and to suspend all activity and deadlines in the litigation for a period of forty-five (45) days to enable Plaintiffs to retain new counsel.

Respectfully submitted,

**/s/ AUGUSTA S. DOWD**
AUGUSTA S. DOWD
STEPHEN R. ARNOLD
JULIA S. ROTH
KATHERINE R. BROWN
Attorneys for Plaintiffs
Marous Brothers Construction, Inc.
and Gil Berry

**OF COUNSEL:**
**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North, Suite 600
Birmingham, Alabama  35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
E-Mail: adowd@waadlaw.com

E-Mail: sarnold@waadlaw.com
E-Mail: jroth@waadlaw.com
E-Mail: kbrown@waadlaw.com

                                **/S/ STANLEY J. MURPHY**
                                STANLEY J. MURPHY
                                Attorney for Plaintiffs
                                Marous Brothers Construction, Inc.
                                and Gil Berry

**OF COUNSEL:**
**MURPHY & MURPHY LLC**
PO Box 3163
Tuscaloosa, AL 35403-3163
Telephone: (205) 349-1444
Facsimile: (205) 349-1445
E-Mail: murphyandmurphy@bellsouth.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the following counsel of record via the ECF system on this the 29th day of October 2007.

J. Lister Hubbard
R. Brooke Lawson, III
Capell & Howard, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
jlh@chlaw.com
rbl@chlaw.com


Kenneth L. Thomas
Christopher K. Whitehead
Ramadanah M. Salaam-Jones
Thomas, Means, Gillis, & Seay, P.C.
Post Drawer 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058
klthomas@tmgslaw.com
ckwhitehead@tmgslaw.com
rsjones@tmgslaw.com


                                          **/s/ AUGUSTA S. DOWD**
                                          OF COUNSEL