IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a corporation, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:07-CV-384-ID ) |
| ALABAMA STATE UNIVERSITY, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Motion to Withdraw and for Suspension of Deadlines (Doc. No. 41, October 29, 2007), filed by Plaintiffs' attorneys, it is ORDERED that Defendants show cause, if any there be, on or before November 6, 2007, why said motion should not be granted.

Done this 30th day of October, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE