IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Marous Brothers Construction, LLC,** a corporation, and **Gil Berry,** an individual d/b/a **Gil Berry & Associates,** )<br><br>PLAINTIFFS, )<br><br>v. )<br><br>**Alabama State University, et al.,** )<br><br>DEFENDANTS. ) | C.A.N.: 2:07-cv-00384-ID-CSC |

### DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION TO WITHDRAW AND SUSPENSION OF DEADLINES

**COME NOW** the Defendants in the above-styled action and hereby submit this Response to Plaintiffs' Counsel Motion to Withdraw and Suspension of Deadlines pursuant to this Court's Order to Show Cause. The Defendants state the following:

1. The Defendants pose no opposition to the withdrawal of Plaintiffs' Counsel.

2. However, the Defendants do oppose the length of the suspension of the deadlines for the reasons set forth below.

3. The Plaintiffs have alleged serious misconduct on the part of public officials and esteemed business professionals. The lingering effect of this lawsuit places a negative light on the operation of Alabama State University and TCU Consulting Services, LLC.

4.  Both the Alabama State University Defendants and the TCU Defendants have requested the depositions of the Plaintiffs. To date, these depositions have not taken place.

5.  Therefore, the Defendants request that if the deadlines be suspended in this case, then said suspension be for 15-30 days from the date of Plaintiffs' Counsel Motion to Withdraw (October 29, 2007).

**WHEREFORE, PREMISES CONSIDERED** the Defendants respectfully request that this Court impose a suspension of deadlines in this case, if any, in accordance with the timeframe proposed in this Response.

Respectfully Submitted,

/s/ Ramadanah M. Salaam-Jones
**KENNETH L. THOMAS**
**CHRISTOPHER K. WHITEHEAD**
**RAMADANAH M. SALAAM-JONES**
*Attorneys for Defendants Alabama State University, President Joe A. Lee and Chairman Elton N. Dean, Sr.*

OF COUNSEL:
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Drawer 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

**J. LISTER HUBBARD**
**R. BROOKE LAWSON**
*Attorneys for Defendants W. Ken Upchurch, III, Percy Thomas, and TCU Consulting Services, LLC*

2

**OF COUNSEL:**
**CAPEL & HOWARD, P.C.**
Post Office Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000 (phone)
(334) 323-8888 (fax)


**CERTIFICATE OF SERVICE**

 I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's CM/ECF electronic filing system on this the 5th day of November, 2007.

AUGUSTA S. DOWD
KATHERINE R. BROWN
**WHITE, ARNOLD, ANDREWS & DOWD, P.C.**
2025 3rd Avenue North, Suite 600
Birmingham, Alabama 35203
(205) 323-1888
Fax: (205) 323-8907

STANLEY MURPHY
**MURPHY & MURPHY, LLC**
PO Box 3163
Tuscaloosa , AL 35403-3163
(205) 349-1444
Fax: (205) 349-1445

            /s/ Ramadanah M. Salaam-Jones
            **OF COUNSEL**