IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, L.L.C., a corporation, and GIL BERRY, an individual and d/b/a GIL BERRY & ASSOCIATES,<br><br>　　　Plaintiffs,<br><br>ALABAMA STATE UNIVERSITY, a public corporation; W. KEN UPCHURCH III, an individual; PERCY THOMAS, an individual; TCU CONSULTING SERVICES, L.L.C., a corporation; JOE A. LEE, individually and in his official capacity as President of Alabama State University; ELTON N. DEAN, SR., individually and in his officialcapacity as Chairman of the Board of Trustees of Alabama State University,<br><br>　　　Defendants. | Case No. 2:07-CV-00384-ID-CSC |

**DEFENDANTS' MOTION TO EXTEND DEADLINE
FOR AMENDING PLEADINGS**

Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas, (collectively the "Defendants") respectfully move the Court to extend the defendants' deadline for seeking leave to amend the pleadings on the following grounds:

1.　The Court's June 22, 2007 Uniform Scheduling Order provides that any motions to amend the pleadings and to add parties shall be filed by the defendants no later than November 14, 2007.

2.　Defendants have been trying for months to schedule the depositions of Plaintiffs Marous Brothers Construction, LLC and Gil Berry, but Plaintiffs have not

cooperated or otherwise provided any deposition dates. New facts may be discovered during Plaintiffs' depositions which support amending Defendants' counterclaims against them.

3. Plaintiffs have also moved to dismiss the counterclaim filed by Defendants, alleging, among other things, that Defendants failed to plead actual malice as part of its counterclaim for defamation.

4. While Defendants deny they must show actual malice as part of their counterclaim for defamation (as discussed in their Opposition to Motion to Dismiss), they respectfully request that the Court extend the defendants' deadline to seek leave to amend the pleadings until such time as the Court rules on Plaintiffs' motion to dismiss.

5. Defendants Alabama State University, Joe A. Lee, and Elton N. Dean, Sr. consent to and join this motion.

WHEREFORE, Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas respectfully move the Court to extend the defendants' deadline for seeking leave to amend the pleadings.

/s/        R. Brooke Lawson III
**J. LISTER HUBBARD (HUB007)**
**R. BROOKE LAWSON III (LAW026)**

Attorneys for Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
334/241-8000

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the following was served on the following by electronic filing, on this the 12th day of November, 2007:

Augusta S. Dowd, Esq.
Katherine R. Brown, Esq.
White Arnold Andrews & Dowd, P.C.
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203

Kenneth L. Thomas, Esq.
Christopher K. Whitehead, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

Stanley J. Murphy, Esq.
Murphy & Murphy, LLC
P.O. Box 3163
Tuscaloosa, Alabama 35403-3163

/s/        R. Brooke Lawson III
Of Counsel