IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAROUS BROTHERS CONSTRUCTION,<br>LLC, a corporation, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-CV-384-ID |
| | ) | |
| ALABAMA STATE UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court are two motions, one filed by Plaintiffs and one filed by Defendants.  (Doc. Nos. 41, 44.)  The motions are due to be granted in part and denied in part.

Upon CONSIDERATION of Plaintiffs' motion to withdraw and for suspension of deadlines (Doc. No. 41) and Defendants' response (Doc. No. 43), it is ORDERED as follows:

(1)  the motion to withdraw be and the same is hereby GRANTED; and

(2)  the motion for suspension of deadlines be and the same is hereby GRANTED to the extent that all discovery is hereby STAYED to and including December 1, 2007, but otherwise is denied.

Upon CONSIDERATION of Defendants' motion to extend deadline for amending pleadings (Doc. No. 44), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED to and including January 4, 2008, but otherwise is denied.[1]

Done this 14th day of November, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court notes that, if needed, Defendants are not foreclosed from seeking an additional extension of time, provided that good cause is shown.  Sosa v. Airprint Sys., Inc., 133 F.3d 1417, 1419 (11th Cir. 1998).