IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Marous Brothers Construction, LLC, a corporation, and Gil Berry, an individual d/b/a Gil Berry & Associates, | ) ) ) ) |
| PLAINTIFFS, | ) C.A.N.: 2:07-cv-00384-ID-CSC |
| v. | ) ) ) |
| Alabama State University, et al., | ) ) |
| DEFENDANTS. | ) |

## MOTION TO WITHDRAW

Christopher K. Whitehead hereby moves this Court to enter an Order allowing him to withdraw as counsel on behalf of the Defendants in the above entitled action. As grounds for this motion, counsel would offer that he will no longer be employed with the firm of Thomas, Means, Gillis, and Seay. P.C. after November 26, 2007. The Defendants will continue to be represented by other members of the firm.

Respectfully submitted this the 20th day of November, 2007.

/s Christopher K. Whitehead
CHRISTOPHER K. WHITEHEAD (WHI105)
*One of the Attorneys for Defendants Alabama State University, President Joe A. Lee and Chairman Elton N. Dean, Sr.*

OF COUNSEL:
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Drawer 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by E-File and by placing a copy in the United States mail, postage prepaid and properly addressed this the 20th day of November, 2007.

J. LISTER HUBBARD
R. BROOKE LAWSON
**CAPEL & HOWARD, P.C.**
Post Office Box 2069
Montgomery, Alabama 36102-2069

AUGUSTA S. DOWD
KATHERINE R. BROWN
**WHITE, ARNOLD, ANDREWS & DOWD, P.C.**
2025 3rd Avenue North, Suite 600
Birmingham, Alabama 35203
(205) 323-1888
Fax: (205) 323-8907

STANLEY MURPHY
**MURPHY & MURPHY, LLC**
PO Box 3163
Tuscaloosa , AL 35403-3163
(205) 349-1444
Fax: (205) 349-1445

                                                /s/ Christopher K. Whitehead
                                                **OF COUNSEL**