IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a corporation, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 2:07-CV-384-ID |
| ALABAMA STATE UNIVERSITY, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Motion to Withdraw (Doc. No. 46), filed by Christopher K. Whitehead, Esquire, one of the defendants' attorneys, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 26th day of November, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE