IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Marous Brothers Construction, LLC,** a corporation, and **Gil Berry,** an individual d/b/a **Gil Berry & Associates,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| **Alabama State University,** a public Corporation; **W. Ken Upchurch, III,** an Individual; **Percy Thomas,** an individual; **TCU Consulting Services, LLC,** a Corporation; **Joe A. Lee,** individually and in his official capacity as President of Alabama State University; **Elton N. Dean, Sr.,** individually and in his official Capacity as Chairman of the Board of Trustees of Alabama State University, | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:07-cv-384-ID |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Jock M. Smith and Brian P. Strength of the law firm of Cochran, Cherry, Givens & Smith, P.C., gives notice and enters this appearance as counsel of record for the Plaintiffs Gil Berry and Marous Brothers Construction, LLC.

Respectfully submitted,

/s/ Brian P. Strength
Jock M. Smith (SMI047)
Brian P. Strength (STR052)
Attorneys for Plaintiff

OF COUNSEL:
COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
P. O. Box 830419
Tuskegee, Alabama 36083
(334) 727-0060
(334) 727-7197-fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date a copy of the above and foregoing pleading has been served upon the following listed persons by electronic notification this the 3rd day of December, 2007:

J. Lister Hubbard
R. Brooke Lawson
CAPEL & HOWARD, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

Ramadanah Maryum Salaam-Jones
Kenneth Lamar Thomas
Christopher Kyle Whitehead
THOMAS, MEANS, GILLIS & SEAY, P.C.
Post Office Drawer 5058
Montgomery, Alabama 36103-5058

Stanley Murphy
MURPHY & MURPHY, LLC
P.O. Box 3163
Tuscaloosa, Alabama 35403-3163

                                            /s/ Brian P. Strength
                                            OF COUNSEL