IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a CORPORATION, AND GIL BERRY, AN INDIVIDUAL D/B/A GIL BERRY & ASSOCIATES,<br><br>PLAINTIFFS,<br><br>V.<br><br>ALABAMA STATE UNIVERSITY, ET AL.<br><br>DEFENDANTS. | CV-2:07cv384-ID-CSC |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS

COMES NOW Champ Lyons, III, of the law firm of King, Horsley & Lyons, LLC, and gives notice of his appearance as counsel of record for Plaintiffs in this action.

_____
Champ Lyons, III
Attorney for Plaintiffs

OF COUNSEL:

KING, HORSLEY & LYONS, LLC
One Metroplex Drive
Suite 280
Birmingham, AL 35209
205.871.1310 - p
205.871.1370 - f

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on the following counsel of record via the ECF system on this the 3rd day of December, 2007.

J. Lister Hubbard
R. Brooke Lawson, III
CAPELL & HOWARD, P.C.
P. O. Box 2069
150 South Perry Street
Montgomery, AL 36102-2069

Kenneth L. Thomas
Christopher K. Whitehead
Ramadanah M. Salaam-Jones
THOMAS, MEANS, GILLIS & SEAY, P.C.
Post Drawer 5058
3121 Zelda Court
Montgomery, AL 36103-5058

Stanley Murphy
MURPHY & MURPHY, LLC
P.O. Box 3163
Tuscaloosa, AL 35403-3163

Jock M. Smith
Brian P. Strength
COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

                                                /s/
                                       OF COUNSEL