IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, L.L.C., a corporation, and GIL BERRY, an individual and d/b/a GIL BERRY & ASSOCIATES,<br><br>Plaintiffs,<br><br>ALABAMA STATE UNIVERSITY, a public corporation; W. KEN UPCHURCH III, an individual; PERCY THOMAS, an individual; TCU CONSULTING SERVICES, L.L.C., a corporation; JOE A. LEE, individually and in his official capacity as President of Alabama State University; ELTON N. DEAN, SR., individually and in his official capacity as Chairman of the Board of Trustees of Alabama State University,<br><br>Defendants. | Case No. 2:07-CV-00384-ID-CSC |

## MOTION TO COMPEL DEPOSITIONS

TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas (collectively hereinafter referred to as "TCU Defendants"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, respectfully move the Court to compel the depositions of Plaintiffs Marous Brothers Construction, LLC ("Marous") and Gil Berry ("Berry") as follows:

1.     On August 7, 2007, the TCU Defendants noticed the depositions of Marous, Berry, and Arne Goldman, an employee of Marous. (*See* Exhibit "A"). On September 3, 11, and 21, the TCU Defendants requested that Plaintiffs provide convenient dates for the depositions, but none were ever provided. (*See* email communications to counsel for Plaintiffs, attached hereto as Exhibit "B").

2. On 29, 2007, counsel for Plaintiffs moved to withdraw as counsel. The Court granted counsel's motion and temporarily suspended discovery until December 2, 2007 so as to give Plaintiffs an opportunity to retain new counsel.

3. On December 3, 2007, after new counsel appeared for Plaintiffs, the TCU Defendants again requested convenient dates for the depositions of Marous, Berry, and Goldman. (*See* Exhibit "C"). On December 12, 2007, after having not received a response from Plaintiffs, the TCU Defendants again wrote to request convenient deposition dates. (*See* Exhibit "D"). As of this date, Plaintiffs still have not provided any convenient deposition dates.

4. The deadline for dispositive motions in this case is February 20, 2008. Thus, the TCU Defendants have been and will continue to be greatly prejudiced if Plaintiffs are not compelled to make themselves available for deposition as noticed by the TCU Defendants.

5. In accordance with the requirements of *Fed.R.Civ.P.* 37(a)(2), the undersigned counsel for the TCU Defendants states that he has endeavored to resolve the subject of this motion through correspondence with opposing counsel. Such efforts have been unsuccessful.

WHEREFORE, TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas respectfully move the Court to compel the depositions of Plaintiffs Marous Brothers Construction, LLC and Gil Berry.

/s/    R. Brooke Lawson III
**J. LISTER HUBBARD (HUB007)**
**R. BROOKE LAWSON III (LAW026)**

Attorneys for Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
334/241-8000

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the following was served on the following by electronic filing, on this the 17th day of December, 2007:

Kenneth L. Thomas, Esq.
Christopher K. Whitehead, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

Champ Lyons, III
King, Horsley & Lyons, LLC
One Metroplex Drive
Suite 280
Birmingham, Alabama 35209

                                                   /s/        R. Brooke Lawson III
                                                   Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, L.L.C., a corporation, and GIL BERRY, an individual and d/b/a GIL BERRY & ASSOCIATES,<br><br>    Plaintiffs,<br><br>ALABAMA STATE UNIVERSITY, a public corporation; W. KEN UPCHURCH III, an individual; PERCY THOMAS, an individual; TCU CONSULTING SERVICES, L.L.C., a corporation; JOE A. LEE, individually and in his official capacity as President of Alabama State University; ELTON N. DEAN, SR., individually and in his officialcapacity as Chairman of the Board of Trustees of Alabama State University,<br><br>    Defendants. | Case No. 2:07-CV-00384-ID-CSC |

### NOTICE OF DEPOSITION OF MAROUS BROTHERS CONSTRUCTION

TO:    Marous Brothers Construction, LLC
        c/o Augusta Dowd, Esq.
        White, Arnold, Andrews & Dowd, P.C.
        2025 3rd Avenue North, Suite 600
        Birmingham, Alabama 35203

Please take notice that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas, by and through their counsel, will take the deposition upon oral examination of the designated representative of <u>Plaintiff Marous Brothers Construction, LLC ("Marous")</u>. The deposition will be taken at a date and time mutually convenient to the parties at the law offices of Capell & Howard, P.C., 150 South Perry Street, Montgomery, Alabama. The

EXHIBIT A

deposition will be taken before an officer authorized by law to administer oaths and will be for purposes of discovery, for the use in evidence or trial or for any other purpose permitted by the Federal Rules of Civil Procedure. The deposition will continue from day-to-day until completed.

The matters on which examination is requested are:

1. Marous' Complaint, and each of the allegations contained therein.

2. The proposal submitted by Marous to defendant Alabama State University for work on the Project at issue herein.

3. The relationship between Marous and Gil Berry, Gil Berry & Associates, Student Suites, Inc., and Student Suites Gil Berry and Associates Alabama, LLC.

4. The licenses and registrations held by Marous in the State of Alabama for the years 2005, 2006, and 2007.

5. The damages Marous claims in this matter, including an itemization, quantification, and description of such damages.

6. Communications of any kind between Marous and Dick Davis or Student Suites, Inc. regarding the Project at issue herein.

7. Marous' original estimates, bid preparation, bids, budgets, and cost analyses for the Project at issue herein.

8. The contracts, proposals, letter agreements, or other documents evidencing the contract, agreement, scope of services, and/or compensation agreements between Marous and defendant ASU for the Project at issue herein.

9. The contracts, proposals, letter agreements, or other documents evidencing the contract, agreement, scope of services, and/or compensation agreements between Marous and Gil Berry, Gil Berry & Associates, SSGBA, and/or Student Suites, Inc. for the Project at issue herein.

_____
J. LISTER HUBBARD (HUB007)
R. BROOKE LAWSON III (LAW026)

Attorneys for Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas

OF COUNSEL:
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
334/241-8000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following by first class United States Mail, postage prepaid and properly addressed, on this the 7th day of August, 2007:

Augusta S. Dowd, Esq.
Katherine R. Brown, Esq.
White Arnold Andrews & Dowd, P.C.
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203

Kenneth L. Thomas, Esq.
Christopher K. Whitehead, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

Stanley J. Murphy, Esq.
Murphy & Murphy, LLC
P.O. Box 3163
Tuscaloosa, Alabama 35403-3163

_____
Of Counsel

**R. Brooke Lawson**
**From:** R. Brooke Lawson
**Sent:** Monday, September 03, 2007 2:21 PM
**To:** 'Kitty Brown'
**Cc:** Jones, Ramadanah S.; Thomas, Kenneth; Augusta Dowd
**Subject:** Marous and Berry depositions

Kitty: Please provide us several convenient dates for the depositions of Gil Berry, a corporate representative of Marous Brothers Construction (see the 30(b)(5) and (6) deposition notice previously served), and Arne Goldman. Thanks.


R. Brooke Lawson, III

Capell & Howard, P.C.
150 South Perry Street  (36104)
Post Office Box 2069  (36102-2069)
Montgomery, Alabama
Direct Phone:   (334) 241-8000
Direct Facsimile:  (334) 241-8231
E-mail:    rbl@chlaw.com
Website:   www.capellhoward.com

*Confidentiality Notice: This electronic communication is from a law firm and may be protected either by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please immediately notify the sender by reply e-mail or by telephone at (334) 241-8000, and delete this from your computer. In addition, an unintended recipient should not print, copy, retransmit, disseminate, or otherwise use any information contained in this communication. Thank you.*

EXHIBIT
B

## R. Brooke Lawson

| | |
|---|---|
| **From:** | R. Brooke Lawson |
| **Sent:** | Tuesday, September 11, 2007 9:28 AM |
| **To:** | 'Kitty Brown'; Jones, Ramadanah S.; Lister Hubbard; Thomas, Kenneth; Whitehead, Christopher K. |
| **Cc:** | Steve Arnold; Stan Murphy; Linda Flippo; Julia Smeds Roth; Hope Marshall; Augusta Dowd |
| **Subject:** | RE: [NEWSENDER] - RE: Marous v. ASU (Plaintiffs' Discovery Responses) - Message is from an unknown sender |

Kitty: The draft protective order looks fine. Please send a signed copy to us immediately so that we can get it filed with the court. We would like to review Marous and Berry's documents on either 9/17, 9/20 or 9/21. Also, have you been able to get any deposition dates from your clients?

-----Original Message-----
**From:** Kitty Brown [mailto:kbrown@waadlaw.com]
**Sent:** Wednesday, September 05, 2007 5:16 PM
**To:** R. Brooke Lawson; Jones, Ramadanah S.; Lister Hubbard; Thomas, Kenneth; Whitehead, Christopher K.
**Cc:** Steve Arnold; Stan Murphy; Linda Flippo; Julia Smeds Roth; Hope Marshall; Augusta Dowd
**Subject:** RE: [NEWSENDER] - RE: Marous v. ASU (Plaintiffs' Discovery Responses) - Message is from an unknown sender

Please see the attached draft.

Thanks,
Kitty R. Brown
WHITE ARNOLD ANDREWS & DOWD P.C.
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203
Phone: 205-323-1888
Fax: 205-323-8907
Email: kbrown@waadlaw.com
www.waadlaw.com

**From:** R. Brooke Lawson [mailto:RBL@CHLAW.COM]
**Sent:** Monday, September 03, 2007 1:42 PM
**To:** Kitty Brown; Jones, Ramadanah S.; Lister Hubbard; Thomas, Kenneth; Whitehead, Christopher K.
**Cc:** Steve Arnold; Stan Murphy; Linda Flippo; Julia Smeds Roth; Hope Marshall; Augusta Dowd
**Subject:** [NEWSENDER] - RE: Marous v. ASU (Plaintiffs' Discovery Responses) - Message is from an unknown sender

Kitty: Please send us a draft of the protective order referenced throughout Marous and Berry's discovery responses no later than Wednesday, September 6 so that we can get it finalized by the end of the week. Otherwise, we'll have no choice but to move the court to compel production of the documents we requested.

-----Original Message-----
**From:** Kitty Brown [mailto:kbrown@waadlaw.com]
**Sent:** Friday, August 31, 2007 6:16 PM
**To:** Jones, Ramadanah S.; R. Brooke Lawson; Lister Hubbard; Thomas, Kenneth; Whitehead, Christopher K.
**Cc:** Steve Arnold; Stan Murphy; Linda Flippo; Julia Smeds Roth; Hope Marshall; Augusta Dowd; Kitty Brown

**Subject:** Marous v. ASU (Plaintiffs' Discovery Responses)

Please find attached Plaintiffs' Discovery Responses -- verified responses to follow.

Thanks,

Kitty R. Brown
WHITE ARNOLD ANDREWS & DOWD P.C.
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203
Phone: 205-323-1888
Fax: 205-323-8907
Email: kbrown@waadlaw.com
www.waadlaw.com

| | |
|---|---|
| **R. Brooke Lawson** | |
| **From:** | R. Brooke Lawson |
| **Sent:** | Friday, September 21, 2007 5:07 PM |
| **To:** | 'Kitty Brown' |
| **Subject:** | Marous v. ASU et al |

Kitty: Thanks for getting us your clients documents. Have you been able to get any convenient deposition dates from Berry, Goldman and Marous' corporate representative? The weeks of October 15 and 22 look pretty good.


R. Brooke Lawson, III

Capell & Howard, P.C.
150 South Perry Street (36104)
Post Office Box 2069 (36102-2069)
Montgomery, Alabama
Direct Phone: (334) 241-8000
Direct Facsimile: (334) 241-8231
E-mail: rbl@chlaw.com
Website: www.capellhoward.com

*Confidentiality Notice: This electronic communication is from a law firm and may be protected either by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please immediately notify the sender by reply e-mail or by telephone at (334) 241-8000, and delete this from your computer. In addition, an unintended recipient should not print, copy, retransmit, disseminate, or otherwise use any information contained in this communication. Thank you.*

# CAPELL & HOWARD P.C.
ATTORNEYS AT LAW

C. CLAY TORBERT III
334 241 8074 DIRECT
334 241 8274 DIRECT FAX
cct@chlaw.com

December 3, 2007

Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

Champ Lyons, III
King, Horsley & Lyons, LLC
One Metroplex Drive
Suite 280
Birmingham, Alabama 35209

Re: *Marous Brothers Construction and Gil Berry v. Alabama State University, et al.*
United States District Court for the Middle District of Alabama
Case No. 2:07-CV-00384-ID-CSC

Dear Brian and Champ:

We previously requested deposition dates for Gil Berry, Arne Goldman, and Marous Brothers Construction's corporate representative(s), but none were provided. Please provide convenient dates for their depositions as soon as possible. I expect the depositions will take at least three days.

Should you have any questions, please do not hesitate to call.

Sincerely,

R. Brooke Lawson III

RBLIII/gf:
pc:   W. Ken Upchurch III
      Percy Thomas
      J. Lister Hubbard, Esq.
      Ramadanah M. Salaam-Jones, Esq.

EXHIBIT C

FRANK H. McFADDEN
JOHN F. ANDREWS
WILLIAM D. COLEMAN
WILLIAM K. MARTIN
GEORGE L. BECK, JR.
BRUCE J. DOWNEY III
HENRY C. BARNETT, JR.
K. PALMER SMITH
ROBERT T. MEADOWS III
HENRY H. HUTCHINSON
SHAPARD D. ASHLEY
D. KYLE JOHNSON
ROBERT F. NORTHCUTT
J. LISTER HUBBARD
JAMES N. WALTER, JR.

JAMES H. McLEMORE
CONSTANCE SMITH BARKER
THOMAS M. EDEN III
W. HOLT SPEIR III
CHRISTOPHER W. WELLER
DEBRA DEAMES SPAIN
C. CLAY TORBERT III
R. BROOKE LAWSON III
J. SCOTT PIERCE
ROBERT D. RIVES
RICHARD H. ALLEN
M. COURTNEY WILLIAMS
LEE M. RUSSELL, JR.
CHAD W. BRYAN
MICHAEL P. DALTON

CATY HOUSTON RICHARDSON
ARDEN REED PATHAK
TODD H. COX
RICHARD F. CALHOUN, JR.
WILLIAM R. CUNNINGHAM, JR.
W. ALLEN SHEEHAN
TERRIE SCOTT BIGGS

OF COUNSEL:
JAMES M. SCOTT
THOMAS S. LAWSON, JR.

AFFILIATED COUNSEL:
CHAD D. EMERSON

# CAPELL & HOWARD P.C.
ATTORNEYS AT LAW

December 12, 2007

Brian P. Strength, Esq.                                  Via Facsimile and US Mail
Cochran, Cherry, Givens & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

Re:  *Marous Brothers Construction and Gil Berry v. Alabama State University, et al.*
     United States District Court for the Middle District of Alabama
     Case No. 2:07-CV-00384-ID-CSC

Dear Brian:

As requested in your December 11, 2007 correspondence, attached hereto is a copy of the notice to take the deposition of Marous' corporate representative, previously served on counsel for Marous on August 7, 2007. Please provide convenient dates today so that we do not have to seek the assistance of the court.

Sincerely yours,

R. Brooke Lawson III

RBLIII/gf:
Enclosure
pc:   W. Ken Upchurch III
      Percy Thomas
      J. Lister Hubbard, Esq.
      Ramadanah M. Salaam-Jones, Esq.

EXHIBIT D

MONTGOMERY • OPELIKA / AUBURN

150 SOUTH PERRY STREET (36104), POST OFFICE BOX 2069, MONTGOMERY, ALABAMA 36102-2069
334 241 8000 tel    334 323 8888 fax    www.capellhoward.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, L.L.C., a corporation, and GIL BERRY, an individual and d/b/a GIL BERRY & ASSOCIATES, <br><br>     Plaintiffs, <br><br> ALABAMA STATE UNIVERSITY, a public corporation; W. KEN UPCHURCH III, an individual; PERCY THOMAS, an individual; TCU CONSULTING SERVICES, L.L.C., a corporation; JOE A. LEE, individually and in his official capacity as President of Alabama State University; ELTON N. DEAN, SR., individually and in his officialcapacity as Chairman of the Board of Trustees of Alabama State University, <br><br>     Defendants. | Case No. 2:07-CV-00384-ID-CSC |

## NOTICE OF DEPOSITION OF MAROUS BROTHERS CONSTRUCTION

TO:   Marous Brothers Construction, LLC
c/o Augusta Dowd, Esq.
White, Arnold, Andrews & Dowd, P.C.
2025 3rd Avenue North, Suite 600
Birmingham, Alabama 35203

Please take notice that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas, by and through their counsel, will take the deposition upon oral examination of the designated representative of Plaintiff Marous Brothers Construction, LLC ("Marous"). The deposition will be taken at a date and time mutually convenient to the parties at the law offices of Capell & Howard, P.C., 150 South Perry Street, Montgomery, Alabama. The

deposition will be taken before an officer authorized by law to administer oaths and will be for purposes of discovery, for the use in evidence or trial or for any other purpose permitted by the Federal Rules of Civil Procedure. The deposition will continue from day-to-day until completed.

The matters on which examination is requested are:

1. Marous' Complaint, and each of the allegations contained therein.

2. The proposal submitted by Marous to defendant Alabama State University for work on the Project at issue herein.

3. The relationship between Marous and Gil Berry, Gil Berry & Associates, Student Suites, Inc., and Student Suites Gil Berry and Associates Alabama, LLC.

4. The licenses and registrations held by Marous in the State of Alabama for the years 2005, 2006, and 2007.

5. The damages Marous claims in this matter, including an itemization, quantification, and description of such damages.

6. Communications of any kind between Marous and Dick Davis or Student Suites, Inc. regarding the Project at issue herein.

7. Marous' original estimates, bid preparation, bids, budgets, and cost analyses for the Project at issue herein.

8. The contracts, proposals, letter agreements, or other documents evidencing the contract, agreement, scope of services, and/or compensation agreements between Marous and defendant ASU for the Project at issue herein.

9. The contracts, proposals, letter agreements, or other documents evidencing the contract, agreement, scope of services, and/or compensation agreements between Marous and Gil Berry, Gil Berry & Associates, SSGBA, and/or Student Suites, Inc. for the Project at issue herein.

_____
J. LISTER HUBBARD (HUB007)
R. BROOKE LAWSON III (LAW026)

Attorneys for Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas

OF COUNSEL:
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
334/241-8000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following by first class United States Mail, postage prepaid and properly addressed, on this the 7th day of August, 2007:

Augusta S. Dowd, Esq.
Katherine R. Brown, Esq.
White Arnold Andrews & Dowd, P.C.
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203

Kenneth L. Thomas, Esq.
Christopher K. Whitehead, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

Stanley J. Murphy, Esq.
Murphy & Murphy, LLC
P.O. Box 3163
Tuscaloosa, Alabama 35403-3163

_____
Of Counsel