IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a corporation, and GIL BERRY, an individual and d/b/a/ GIL BERRY & ASSOCIATES, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   CIVIL ACTION NO.  2:07cv384-ID ) |
| ALABAMA STATE UNIVERSITY, *et al*, | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of defendant TCU Defendants' motion to compel depositions (doc. # 50) filed on December 17, 2007, it is

ORDERED that the motion be and is hereby DENIED pursuant to FED.R.CIV.P. 26(c) and 37(a)(2)(B).  These rules, as amended on December 1, 1993, require litigants to resolve discovery disputes by a good faith *conference* before seeking court intervention.  Discovery motions filed pursuant to these Rules *must be accompanied by a certification* that the movant has in good faith *conferred or attempted to confer* with other affected parties in an effort to resolve the dispute without court action.  Although counsel certified that "he has endeavored to resolve the subject of this motion through correspondence with opposing counsel," **written communication between counsel does not constitute a conference**.

Counsel for the parties are DIRECTED to hold not later than 20 days from the date of this order, the required good faith conference. The parties are encouraged to review this district's Guidelines to Civil Discovery which may be found at www.almd.uscourts.gov.

Done this 18th day of December, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE