IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, L.L.C., a corporation, and GIL BERRY, an individual and d/b/a GIL BERRY & ASSOCIATES, <br><br> Plaintiffs, <br><br> ALABAMA STATE UNIVERSITY, a public corporation; W. KEN UPCHURCH III, an individual; PERCY THOMAS, an individual; TCU CONSULTING SERVICES, L.L.C., a corporation; JOE A. LEE, individually and in his official capacity as President of Alabama State University; ELTON N. DEAN, SR., individually and in his officialcapacity as Chairman of the Board of Trustees of Alabama State University, <br><br> Defendants. | Case No. 2:07-CV-00384-ID-CSC |

## DEFENDANTS' SECOND MOTION TO EXTEND DEADLINE FOR AMENDING PLEADINGS

Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas, (collectively the "Defendants") respectfully move the Court to extend the defendants' deadline for seeking leave to amend the pleadings on the following grounds:

1.  Defendants previously moved the Court to extend the original November 14, 2007 deadline for the defendants to amend the pleadings or add parties. Defendants' motion was based on Plaintiffs Marous Brothers Construction, LLC and Gil Berry's refusal to provide deposition dates and otherwise cooperate in discovery. The motion

was also based on the fact that the Court has not yet ruled on Plaintiffs' motion to dismiss Defendants' Counterclaim.

2. The Court granted Defendants' motion, extending the deadline for amending the pleadings until January 4, 2008.

3. Only recently have Plaintiffs provided the requested deposition dates, which will be taken in late January. New facts may be discovered during Plaintiffs' depositions which support amending Defendants' counterclaims against them.

4. Defendants respectfully request that the Court extend the defendants' deadline to seek leave to amend the pleadings until after Plaintiffs are deposed and until such time as the Court rules on Plaintiffs' motion to dismiss.

5. Defendants Alabama State University, Joe A. Lee, and Elton N. Dean, Sr. consent to and join this motion.

WHEREFORE, Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas respectfully move the Court to extend the defendants' deadline for seeking leave to amend the pleadings.

/s/          R. Brooke Lawson III
J. LISTER HUBBARD (HUB007)
R. BROOKE LAWSON III (LAW026)

Attorneys for Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas

OF COUNSEL:
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
334/241-8000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following was served on the following by electronic filing, on this the 3rd day of January, 2008:

Kenneth L. Thomas, Esq.
Christopher K. Whitehead, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

Champ Lyons, III
King, Horsley & Lyons, LLC
One Metroplex Drive
Suite 280
Birmingham, Alabama 35209

/s/      R. Brooke Lawson III
Of Counsel