IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a Corporation, and GIL BERRY, an Individual d/b/a GIL BERRY & ASSOCIATES, | ) ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | CIVIL ACTION NO. 2:07cv384-ID |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) ) ) ) | |
| *Defendants.* | ) | |

## NOTICE OF APPEARANCE

David E. Allred and D. Craig Allred of the law firm of David E. Allred, P.C. give notice of appearance as counsel of record for Counterclaim Defendant Marous Brothers Construction, LLC.

/s/ David E. Allred
DAVID E. ALLRED

/s/ D. Craig Allred
D. CRAIG ALLRED

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of January, 2008 electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Jock M. Smith, Esq.
    Brian P. Strength, Esq.
    J. Lister Hubbard, Esq.
    R. Brooke Lawson, III, Esq.
    Kenneth L. Thomas, Esq.
    Ramadanah M. Salaam-Jones, Esq.
    Champ Lyons, III, Esq.

                                              /s/ David E. Allred
                                              OF COUNSEL