IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAROUS BROTHERS CONSTRUCTION, L.L.C., a corporation, and GIL BERRY, an individual and d/b/a GIL BERRY & ASSOCIATES, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| ALABAMA STATE UNIVERSITY, a public corporation; W. KEN UPCHURCH III, an individual; PERCY THOMAS, an individual; TCU CONSULTING SERVICES, L.L.C., a corporation; JOE A. LEE, individually and in his official capacity as President of Alabama State University; ELTON N. DEAN, SR., individually and in his officialcapacity as Chairman of the Board of Trustees of Alabama State University, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:07-CV-00384-ID-CSC |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO CONTINUE TRIAL AND
DEADLINE FOR DISPOSITIVE MOTIONS AND DISCOVERY**

Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas, (collectively the "Defendants") respectfully move the Court to continue the trial of this matter and to extend the deadlines for discovery and filing dispositive motions on the following grounds:

1.   As discussed in more detail in their Motion to Compel Depositions (Doc. #50), Defendants have since August 7, 2007 tried without success to schedule the depositions of Plaintiffs Marous Brothers Construction, LLC ("Marous"), Gil Berry, and Arne Goldman, an employee of Marous.

2. On October 29, 2007, Plaintiffs' original counsel moved to withdraw. The Court granted counsel's motion and temporarily suspended discovery until December 2, 2007 so as to give Plaintiffs an opportunity to retain new counsel.

3. On December 3, 2007, new counsel appeared for Plaintiffs. After numerous requests for deposition dates, the depositions of Marous and Berry were finally scheduled for January 21 and 24, 2008, respectively.

4. On January 9, 2008, after yet another attorney appeared on behalf Plaintiffs, Plaintiffs canceled the deposition of Marous because of an apparent scheduling conflict.

5. Plaintiffs have offered to make Marous available on either February 19 or 20, 2008. The deadline for dispositive motions, however, is February 20, 2008. Thus, the TCU Defendants have been and continue to be denied the opportunity to take the discovery necessary to support a motion for summary judgment, which they believe will dispose of Plaintiffs' claims against them.

6. Moreover, there remain some unsettled matters that affect the scope of discovery, including Plaintiffs' motion to dismiss the counterclaim filed by the TCU Defendants.

7. The numerous delays caused by Plaintiffs' failure to provide the requested deposition dates and other discovery and the withdrawal and replacement of counsel over the past several months have caused significant delays to the case. Because of such delays, the TCU Defendants request that the deadlines for filing dispositive motions and discovery be extended and that the trial of this matter be continued to the October 20, 2008 term.

8.  The Defendants do not seek a continuance or extension of the deadlines for amending the pleadings or adding parties (other than those raised in Defendant's Second Motion to Extend Deadline for Amending Pleadings (Doc #52).

9.  Defendants Alabama State University, Joe A. Lee, and Elton N. Dean, Sr. consent to and join this motion.

10. Plaintiffs consent to a continuance of the trial and an extension of the deadlines for discovery and the filing of dispositive motions.

WHEREFORE, Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas respectfully move the Court to continue the trial of this matter to the October 20, 2008 term and to extend the deadlines for filing dispositive motions and discovery.

/s/         R. Brooke Lawson III
**J. LISTER HUBBARD (HUB007)**
**R. BROOKE LAWSON III (LAW026)**

Attorneys for Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
334/241-8000

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following was served on the following by electronic filing, on this the 18th day of January, 2008:

Kenneth L. Thomas, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

Jock M. Smith, Esq.
Cochran, Cherry, Givens & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

Champ Lyons, III
King, Horsley & Lyons, LLC
One Metroplex Drive
Suite 280
Birmingham, Alabama 35209

David E. Allred, Esq.
D. Craig Allred, Esq.
David E. Allred, P.C.
P.O. Box 241594
Montgomery, Alabama 36124-1594

/s/     R. Brooke Lawson III
Of Counsel