IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION,<br>LLC, a corporation, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:07-CV-384-ID |
| ALABAMA STATE UNIVERSITY, et al., | )<br>)<br>) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendants' Motion to Continue Trial and Deadline for Dispositive Motions and Discovery (Doc. 54, January 18, 2008), it is ORDERED that Plaintiffs' show cause, if any there be, on or before February 7, 2008, why said motion should not be granted.

Done this 28th day of January, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE