IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a corporation, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 2:07cv384-ID |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon CONSIDERATION of Plaintiffs' motion for leave to file amended complaint (Doc. No. 38), it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 4th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE