IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Marous Brothers Construction, LLC, | ) | |
| a corporation, and Gil Berry, an | ) | |
| individual d/b/a | ) | |
| Gil Berry & Associates, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Alabama State University, a public | ) | Civil Action No.: 2:07-cv-384-ID |
| Corporation; W. Ken Upchurch, III, an | ) | |
| Individual; Percy Thomas, an individual; | ) | |
| TCU Consulting Services, LLC, a | ) | |
| Corporation; Joe A. Lee, individually and | ) | |
| in his official capacity as President of | ) | |
| Alabama State University; Elton N. Dean, | ) | |
| Sr., individually and in his official | ) | |
| Capacity as Chairman of the Board of | ) | |
| Trustees of Alabama State University, | ) | |
| | ) | |
| Defendants. | ) | |

MOTION TO WITHDRAW

Brian P. Strength files this motion to withdraw as counsel of record for the Plaintiffs Gil

Berry and Marous Brothers Construction, LLC.    The undersigned is no longer associated with

the law firm of Cochran, Cherry, Givens & Smith, P.C.    Plaintiffs will continue to be

represented by Jock Smith, Champ Lyons and David Allred.


Respectfully submitted,


/s/ Brian P. Strength
Brian P. Strength (STR052)
Attorney for Plaintiffs

**OF COUNSEL:**
Brian P. Strength
Attorney At law
P.O. Box 830810
Tuskegee, Alabama 36083
Tel: (334) 750-0157
Fax: (334) 727-0000

CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the above and foregoing pleading has been served upon the following listed persons by electronic notification this the 11th day of February, 2008:

J. Lister Hubbard
R. Brooke Lawson
CAPEL & HOWARD, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

Ramadanah Maryum Salaam-Jones
Kenneth Lamar Thomas
Christopher Kyle Whitehead
THOMAS, MEANS, GILLIS & SEAY, P.C.
Post Office Drawer 5058
Montgomery, Alabama 36103-5058

Stanley Murphy
MURPHY & MURPHY, LLC
P.O. Box 3163
Tuscaloosa, Alabama 35403-3163

/s/ Brian P. Strength
OF COUNSEL