IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAROUS BROTHERS CONSTRUCTION,<br>LLC, a corporation, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:07cv384-ID |
| | ) | |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon CONSIDERATION of Defendants' Motion to Continue Trial and Deadline

for Dispositive Motions and Discovery (Doc. No. 54), it is ORDERED that the Motion to

Continue Trial be and the same is hereby DENIED, that the Motion to Continue Deadline

for Dispositive Motions be and the same is hereby GRANTED to and including **March 5,**

**2008**, and that the Motion to Continue Deadline for Discovery be and the same is hereby

DENIED.

It is further CONSIDERED and ORDERED that Defendants' Second Motion to

Extend Deadline for Amending Pleadings (Doc. No. 52) be and the same is hereby

GRANTED to the extent that the deadline for Defendants to file a motion to amend the

pleadings is hereby EXTENDED to and including **February 28, 2008**.

DONE this 12th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE