IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAROUS BROTHERS CONSTRUCTION,     )
LLC, a corporation, *et al.*,     )
                                   )
      Plaintiffs,     )
                                   )
v.                                 )     Case No. 2:07-CV-384-ID
                                   )
ALABAMA STATE UNIVERSITY, *et al.*,     )
                                   )
      Defendants.     )

**ORDER**

Upon CONSIDERATION of Defendants' Motion for Leave to Amend Counterclaim (Doc. 66, filed February 28, 2008), it is ORDERED that Plaintiffs show cause, if any there be, on or before March 7, 2008, why said Motion should not be granted.

Done this 29th day of February, 2008.

      /s/ Ira DeMent
      SENIOR UNITED STATES DISTRICT JUDGE