IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a CORPORATION, AND GIL BERRY, AN INDIVIDUAL D/B/A GIL BERRY & ASSOCIATES, | ) ) ) ) ) ) | CV-2:07cv384-ID-CSC |
| PLAINTIFFS, | ) ) | |
| V. | ) ) | |
| ALABAMA STATE UNIVERSITY, ET AL. | ) ) ) | |
| DEFENDANTS. | ) ) ) | |

## MOTION TO WITHDRAW

Champ Lyons, III, of the law firm of King, Horsley & Lyons, LLC, and Jock M. Smith, of the law firm Cochran, Cherry, Givens & Smith, P.C., move the Court for an order allowing them to withdraw as counsel for record for Plaintiff Gil Berry. Plaintiff Berry is seeking to retain new counsel. Plaintiff requests a suspension of discovery deadlines and requests a 90-day extension of the discovery deadline. Plaintiff requests a continuance of the current trial setting. These extensions will allow Plaintiff Berry's new counsel to obtain the file and review its contents in a manner that will not prejudice Plaintiff's claims in this case.

Respectfully submitted,

_____
Champ Lyons, III
Attorney for Plaintiffs

OF COUNSEL:

KING, HORSLEY & LYONS, LLC
One Metroplex Drive
Suite 280
Birmingham, AL 35209
205.871.1310 - p
205.871.1370 - f

_____
Jock M. Smith / ky
Attorney for Plaintiffs      CL w/h permission


OF COUNSEL:

COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following counsel of record via the ECF system on this the 29th day of February, 2008.

J. Lister Hubbard
R. Brooke Lawson, III
CAPELL & HOWARD, P.C.
P. O. Box 2069
150 South Perry Street
Montgomery, AL 36102-2069

Kenneth L. Thomas
Christopher K. Whitehead
Ramadanah M. Salaam-Jones
THOMAS, MEANS, GILLIS & SEAY, P.C.
Post Drawer 5058
3121 Zelda Court
Montgomery, AL 36103-5058

_____
OF COUNSEL