IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a corporation, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:07-CV-384-ID ) |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Motion to Withdraw (Doc. 68), filed February 29, 2008, by counsel for Plaintiff Gil Berry, it is ORDERED that Plaintiff Marous Brothers Construction, LLC, and Defendants show cause, if any there be, on or before March 7, 2008, why said Motion and the other relief requested therein should not be granted.

Done this 29th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE