**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **MAROUS BROTHERS CONSTRUCTION, L.L.C.,** a corporation, and **GIL BERRY**, an individual and d/b/a **GIL BERRY & ASSOCIATES,** | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| **ALABAMA STATE UNIVERSITY,** a public corporation; **W. KEN UPCHURCH III,** an individual; **PERCY THOMAS,** an individual; **TCU CONSULTING SERVICES, L.L.C.,** a corporation; **JOE A. LEE,** individually and in his official capacity as President of Alabama State University; **ELTON N. DEAN, SR.,** individually and in his official capacity as Chairman of the Board of Trustees of Alabama State University, | )  Case No. 2:07-CV-00384-ID-CSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS
TO PLAINTIFF MAROUS BROTHERS CONSTRUCTION'S
<u>COMPLAINT and MOTION FOR FEES AND COSTS</u>**

Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for entry of summary judgment in their favor as to each count of Plaintiff Marous Brothers Construction, LLC's First Amended Complaint. As discussed more fully in the Defendants' Brief in Support of Motion for Summary Judgment, there are no genuine issues as to any material facts with respect to such claims and, accordingly, the Defendants are entitled to a judgment as a matter of law. This motion is based upon the Brief in Support of Motion for Summary Judgment with supporting exhibits, filed contemporaneously herewith.

Defendants further move, pursuant to the Alabama Litigation Accountability Act, *Ala.Code* § 12-19-270 et seq., for entry of an order awarding Defendants their fees and costs against Plaintiff Marous.

WHEREFORE, Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas respectfully request that this Court grant their Motion for Summary Judgment as to each count of Plaintiff Marous Brothers Construction, LLC's First Amended Complaint. Defendants also respectfully request that this Court award them their fees and costs against Plaintiff Marous.

/s/        R. Brooke Lawson III
**J. LISTER HUBBARD (HUB007)**
**R. BROOKE LAWSON III (LAW026)**

Attorneys for Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
334/241-8000

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the following was served on the following by electronic filing, on this the 5th day of March, 2008:

Kenneth L. Thomas, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

Jock M. Smith, Esq.
Cochran, Cherry, Givens & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

Champ Lyons, III
King, Horsley & Lyons, LLC
One Metroplex Drive
Suite 280
Birmingham, Alabama 35209

David E. Allred, Esq.
D. Craig Allred, Esq.
David E. Allred, P.C.
P.O. Box 241594
Montgomery, Alabama 36124-1594


                                                   /s/         R. Brooke Lawson III
                                                   Of Counsel