IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a Corporation, and GIL BERRY, an Individual d/b/a GIL BERRY & ASSOCIATES, | )<br>)<br>)<br>)<br>)<br>) |
| *Plaintiffs,* | ) CIVIL ACTION NO. 2:07cv384-ID |
| | ) |
| ALABAMA STATE UNIVERSITY, *et al.,* | )<br>) |
| | ) |
| *Defendants.* | ) |

## ANSWER TO COUNTERCLAIM

NOW COMES **MAROUS BROTHERS CONSTRUCTION, LLC,** one of the plaintiffs and a counterclaim defendant herein, and, in response to the counterclaim filed by Defendants TCU, Upchurch, and Thomas on September 5th, 2007 states as follows:

### GENERAL DENIAL

This counterclaim defendant denies each and every material allegation of the counterclaim and demands strict proof thereof.

1. This counterclaim defendant denies the allegations contained in paragraph 1 and demands strict proof thereof.

2. This counterclaim defendant denies the allegations contained in paragraph 2 and demands strict proof thereof.

## COUNT I

3. Counterclaim defendant incorporates paragraphs 1 and 2 by reference as though fully set out herein.

4. This counterclaim defendant denies the allegations contained in paragraph 4 and demands strict proof thereof.

5. This counterclaim defendant denies the allegations contained in paragraph 5 and demands strict proof thereof.

6. This counterclaim defendant denies the allegations contained in paragraph 6 and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The counterclaim fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

No defamatory statements were made that are attributable to this counterclaim defendant.

## THIRD DEFENSE

There was no publication of any defamatory statement attributable to this counterclaim defendant.

## FOURTH DEFENSE

This counterclaim defendant says that Gil Berry was neither its employee nor its agent.

## FIFTH DEFENSE

This counterclaim defendant pleads conditional privilege regarding the alleged defamatory communications.

                                                Respectfully submitted,

                                                */s/ D. Craig Allred*
                                                DAVID E. ALLRED
                                                D. CRAIG ALLRED
                                                Attorneys for Above-Named Plaintiff/
                                                Counterclaim Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama   36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 5th day of March, 2008 electronically filed the foregoing *Answer to Counterclaim* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Jock M. Smith, Esq.
> Brian P. Strength, Esq.
> J. Lister Hubbard, Esq.
> R. Brooke Lawson, III, Esq.
> Kenneth L. Thomas, Esq.
> Ramadanah M. Salaam-Jones, Esq.
> Champ Lyons, III, Esq.

                                                /s/ D. Craig Allred
                                               OF COUNSEL