IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a Corporation, and GIL BERRY, an Individual d/b/a GIL BERRY & ASSOCIATES,<br><br>      *Plaintiffs,*<br><br>ALABAMA STATE UNIVERSITY, *et al.*,<br><br>      *Defendants.* | ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:07cv384-ID ) ) ) ) ) |

## MOTION FOR SUMMARY JUDGMENT

NOW COMES MAROUS BROTHERS CONSTRUCTION, LLC, one of the plaintiffs and a counterclaim defendant herein, and moves the Court, pursuant to Rule 56 of the *Federal Rules of Civil Procedure,* to enter a summary judgment dismissing claims for defamation asserted by TCU Consulting Services, LLC, W. Ken Upchurch, III, and Percy Thomas ("the TCU Defendants") and, for reason, Marous says that there is no genuine issue as to any material fact and that Marous is entitled to summary dismissal as a matter of law. This motion is based upon the TCU Defendants' counterclaim, Marous' responses thereto, a narrative summary of undisputed facts, a memorandum argument in support of motion for summary judgment, and the evidentiary submissions filed herewith.

        Respectfully submitted,

        /s/ *David E. Allred*
        DAVID E. ALLRED
        D. CRAIG ALLRED
        Attorneys for Above-Named Plaintiff/
        Counterclaim Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama   36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977

### CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of March, 2008 electronically filed the foregoing *Motion for Summary Judgment* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Jock M. Smith, Esq.
    Brian P. Strength, Esq.
    J. Lister Hubbard, Esq.
    R. Brooke Lawson, III, Esq.
    Kenneth L. Thomas, Esq.
    Ramadanah M. Salaam-Jones, Esq.
    Champ Lyons, III, Esq.

        /s/ *David E. Allred*
        OF COUNSEL