IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTR., LLC, )<br>a corporation, et al.,                )<br>                                                )<br>     Plaintiffs,                            )<br>                                                )<br>v.                                             )<br>                                                )<br>ALABAMA STATE UNIVERSITY,  )<br>et al.,                                        )<br>                                                )<br>     Defendants.                         ) | CIVIL ACTION NO. 2:07cv384-ID |

**ORDER**

Upon CONSIDERATION of Plaintiff/Counterclaim Defendant Marous Brothers Construction's motion to strike (Doc. No. 70), it is ORDERED that Defendants/ Counterclaim Plaintiffs TCU Consulting Services, LLC, W. Ken Upchurch, III, and Percy Thomas show cause, if any there be, on or before March 31, 2008, why said motion should not be granted.

Done this 10th day of March, 2008.

                                           /s/ Ira DeMent
                                           SENIOR UNITED STATES DISTRICT JUDGE