IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a CORPORATION, AND GIL BERRY, AN INDIVIDUAL D/B/A GIL BERRY & ASSOCIATES, | )<br>)<br>)<br>)<br>) |
| PLAINTIFFS, | ) CV-2:07cv384-ID-CSC<br>)<br>) |
| V. | )<br>) |
| ALABAMA STATE UNIVERSITY, ET AL. | )<br>)<br>) |
| DEFENDANTS. | )<br>)<br>) |

## MOTION TO CONTINUE TRIAL

and

## MOTION TO EXTEND DISCOVERY CUTOFF

and

## MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINES

COME NOW the Plaintiffs and request the Court to: 1) continue the trial of this case, 2) extend the discovery cutoff deadline and/or 3) continue all dispositive motion deadlines. As grounds, Plaintiffs state as follows:

1) Less than ninety days after entering an appearance on behalf of Plaintiff Berry, the undersigned counsel moved the Court for permission to withdraw as counsel for Plaintiff Gil Berry[1]. Mr. Berry has objected on the grounds that he has not been able to find new counsel because of the upcoming discovery cutoff deadline. By separate

---

[1] The undersigned counsel reminds the Court that he is not the lawyer who filed this lawsuit and did not enter an appearance in this case until several months after prior counsel filed the complaint.

pleading, counsel has attempted to show to the court that discovery has been progressing as quickly as possible under the circumstances.

2) Due to the number of parties and lawyers involved and due to the delay by prior counsel of scheduling depositions, counsel for Plaintiffs have not been able to complete discovery in time to obtain the evidence needed to oppose the defendants' motions for summary judgment or to prepare the case for trial.

3) Counsel for Plaintiffs request a brief continuance of the trial and all pre-trial deadlines. Counsel submits that the case can be ready for trial in the fall. This request for a continuance is not the result of counsel's failure to advance the case through discovery. There has simply not been enough time due to the late arrival of Plaintiffs' counsel and the number of attorneys' calendars involved.

4) Under the circumstances, Plaintiffs request a continuance of the June trial and the April 28 discovery cutoff. Plaintiffs also request the Court to suspend all summary judgment deadlines so the Plaintiffs may conduct depositions to discover evidence needed to oppose the motions. Should the Court be inclined to grant the requested relief, Plaintiff Berry will be given full opportunity to find new counsel so he may be represented during this critical phase of the lawsuit.

Respectfully submitted,

/s/ Champ Lyons, III

Champ Lyons, III
Attorney for Plaintiffs

**OF COUNSEL:**

**KING, HORSLEY & LYONS, LLC**
One Metroplex Drive - Suite 280
Birmingham, AL 35209
205.871.1310 - p
205.871.1370 - f

/s/ Jock M. Smith

Jock M. Smith
Attorney for Plaintiffs

**OF COUNSEL:**

**COCHRAN, CHERRY, GIVENS & SMITH, P.C.**
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following counsel of record via the ECF system on this the 12th day of March, 2008.

J. Lister Hubbard
R. Brooke Lawson, III
CAPELL & HOWARD, P.C.
P. O. Box 2069
150 South Perry Street
Montgomery, AL 36102-2069

Kenneth L. Thomas
Ramadanah M. Salaam-Jones
THOMAS, MEANS, GILLIS & SEAY, P.C.
Post Drawer 5058
3121 Zelda Court
Montgomery, AL 36103-5058

David E. Allred
Craig Allred
DAVID E. ALLRED, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117

/s/ Champ Lyons, III
OF COUNSEL