IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MAROUS BROTHERS** | ) | |
| **CONSTRUCTION, LLC, a** | ) | |
| **CORPORATION, AND GIL BERRY,** | ) | |
| **AN INDIVIDUAL D/B/A** | ) | |
| **GIL BERRY & ASSOCIATES,** | ) | **CV-2:07cv384-ID-CSC** |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **ALABAMA STATE UNIVERSITY,** | ) | |
| **ET AL.** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

## REPLY BRIEF IN SUPPORT OF MOTION TO WITHDRAW

Champ Lyons, III, of the law firm of King, Horsley & Lyons, LLC, and Jock M. Smith, of the law firm Cochran, Cherry, Givens & Smith, P.C., offer the following in reply to the opposition filed by Gil Berry:

1)    Mr. Berry is correct that the undersigned counsel entered an appearance on his behalf on December 3, 2007.

2)    Soon after filing the notices of appearance, counsel contacted defense counsel to discuss the scheduling of depositions of the defendants. The attorneys for the defendants indicated that their clients preferred to follow the customary practice of taking the deposition testimony of the plaintiffs before they would make their clients available for deposition. See Exhibit A. Therefore, counsel for Plaintiff could not conduct any depositions of the defendants until both plaintiffs were deposed.

3)      The undersigned counsel then worked diligently with defense counsel to schedule the depositions of both plaintiffs.  There are eight lawyers and five law firms involved in this case.  It has been time-consuming and challenging to determine a date convenient for the deponents and for all counsel.  Mr. Berry ultimately gave his deposition on January 24 and 25.  The undersigned counsel defended Mr. Berry's lengthy deposition.

4)      Both of the undersigned counsel then entered a two-week trial term in Macon County and were not available for any depositions on this case until mid-February.  Soon after the completion of that trial term, the undersigned counsel defended the deposition of the second plaintiff, Marous Brothers Construction, on February 20.  That deposition lasted nearly twelve hours.

5)      On February 26, the undersigned counsel attended the deposition of Josh Moon who is a reporter for the Montgomery Advertiser.  Mr. Moon's testimony was relevant to the counterclaim against Plaintiff Berry.  Mr. Moon's testimony was vastly different from the testimony given by Mr. Berry on the counterclaim issues.  Mr. Moon's testimony raised serious questions about the credibility of Mr. Berry.

6)      Upon returning to the office after the deposition of Mr. Moon, the undersigned counsel wrote Mr. Berry and advised of the decision to withdraw as his counsel.  Counsel then filed the motion to withdraw three days later.

7)      The undersigned counsel has requested dates for the depositions of the defendants.  See Exhibits B and C.  The depositions of the ASU defendants have been scheduled on April 7.  The depositions of the other defendants have not yet been confirmed but correspondence is ongoing between counsel regarding a date convenient

for everyone. Mr. Berry's statement that no discovery has taken place on his behalf is simply not accurate. The undersigned counsel could not depose any of the defendants until all plaintiffs had testified. The depositions of the plaintiffs were completed in less than 90 days from the appearance filed by counsel. The depositions of the plaintiffs would have been completed sooner if there had been fewer lawyers involved.

8)    Therefore, contrary to the allegations made by Mr. Berry, the undersigned counsel have been working diligently to advance his case and prepare it for trial. By separate pleading, counsel will request a continuance of the discovery deadline and the trial to allow Mr. Berry adequate opportunity to find new counsel.

Respectfully submitted,

/s/  Champ Lyons, III

Champ Lyons, III
Attorney for Plaintiffs

OF COUNSEL:

KING, HORSLEY & LYONS, LLC
One Metroplex Drive - Suite 280
Birmingham, AL 35209
205.871.1310 - p
205.871.1370 - f

/s/ Jock M. Smith

Jock M. Smith
Attorney for Plaintiffs

OF COUNSEL:

COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following counsel of record via the ECF system on this the 12th day of March, 2008.

J. Lister Hubbard
R. Brooke Lawson, III
CAPELL & HOWARD, P.C.
P. O. Box 2069
150 South Perry Street
Montgomery, AL 36102-2069

Kenneth L. Thomas
Ramadanah M. Salaam-Jones
THOMAS, MEANS, GILLIS & SEAY, P.C.
Post Drawer 5058
3121 Zelda Court
Montgomery, AL 36103-5058

David E. Allred
Craig Allred
DAVID E. ALLRED, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117

/s/ Champ Lyons, III
OF COUNSEL

# EXHIBIT A

**Champ Lyons**

| | |
|---|---|
| From: | Jones, Ramadanah S. [rsjones@tmgslaw.com] |
| Sent: | Monday, January 21, 2008 1:34 PM |
| To: | Champ Lyons; David E. Allred |
| Cc: | R. Brooke Lawson; Lister Hubbard; Thomas, Kenneth |
| Subject: | RE: Dates of Availability for Elton Dean |

Yes, we do want the Plaintiffs to be deposed first.

From: Champ Lyons [mailto:Champ@champlyons.com]
Sent: Mon 1/21/2008 9:53 AM
To: Jones, Ramadanah S.; David E. Allred
Cc: R. Brooke Lawson; Lister Hubbard; Thomas, Kenneth
Subject: RE: Dates of Availability for Elton Dean

Are we still looking at these dates or do y'all want to wait to get the plaintiffs deposed before I depose the ASU defendants?  Let me know.

Champ Lyons, III
KING, HORSLEY & LYONS, LLC
One Metroplex Drive - Suite 280
Birmingham, Alabama 35209
(205) 871-1310
(205) 871-1370 fax
www.kinghorsleylyons.com

From: Jones, Ramadanah S. [mailto:rsjones@tmgslaw.com]
Sent: Thursday, January 17, 2008 9:23 AM
To: Champ Lyons; David E. Allred
Cc: R. Brooke Lawson; Lister Hubbard; Thomas, Kenneth
Subject: Dates of Availability for Elton Dean

Chairman Dean is available on Feb. 11, 13, 15, and 18 for depositions.

Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
3121 Zelda Court
P.O. Box 5058
Montgomery, Alabama 36103-5058
(334) 270-1033
(334) 260-9396 fax
e-mail: rsjones@tmgslaw.com
web site: www.tmgslaw.com <file://www.tmgslaw.com/>

Thomas, Means, Gillis & Seay, P.C. is a law firm comprised of professionals dedicated to making the justice system work. Our legal expertise spans the civil litigation spectrum which includes cases of wrongful death, serious personal injury and product liability case work. We also extend our legal expertise to a variety of government agencies and high profile white-collar criminal defense cases. Our firm has handled some of the most challenging and notable plaintiff and defense cases tried in the southern United States for almost a quarter of a century. We take pride in representing both the mainstream and the underserved communities in our society. Established in 1981, Thomas, Means, Gillis & Seay maintains offices and staff in Birmingham, Ala., Livingston, Ala., Montgomery, Ala., and Atlanta, Ga.

This message is privileged and confidential and may be protected by the attorney-client

1

# EXHIBIT B

## Champ Lyons

| | |
|---|---|
| **From:** | Champ Lyons |
| **Sent:** | Monday, February 18, 2008 1:59 PM |
| **To:** | 'Thomas, Kenneth'; Jones, Ramadanah S.; 'Lister Hubbard'; 'R. Brooke Lawson' |
| **Subject:** | Marous |

Please get me some dates for the depos of your clients.  In particular, I want to depose Lee, Dean, Thomas & Upchurch.

Champ Lyons, III
KING, HORSLEY & LYONS, LLC
One Metroplex Drive - Suite 280
Birmingham, Alabama 35209
(205) 871-1310
(205) 871-1370 fax
www.kinghorsleylyons.com

3/4/2008

# EXHIBIT C

## Champ Lyons

| | |
|---|---|
| **From:** | Champ Lyons |
| **Sent:** | Tuesday, March 04, 2008 1:17 PM |
| **To:** | 'R. Brooke Lawson'; 'Thomas, Kenneth'; 'Lister Hubbard'; Jones, Ramadanah S. |
| **Subject:** | depos |

We need to schedule the depositions of Ken Upchurch, Percy Thomas, Joe Lee, Elton Dean and John Knight.

Please get me dates for these depos as soon as possible.  I will obviously need this testimony before I can respond to MSJ (assuming y'all will file one).  Thanks.

Champ Lyons, III
KING, HORSLEY & LYONS, LLC
One Metroplex Drive - Suite 280
Birmingham, Alabama 35209
(205) 871-1310
(205) 871-1370 fax
www.kinghorsleylyons.com

3/4/2008