IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a corporation, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Case No. 2:07-CV-384-ID ) |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendants/Counterclaim Plaintiffs' Motion for Leave to Amend Counterclaim (Doc. No. 66) and the Response filed by Plaintiff/Counterclaim Defendant Marous Brothers Construction, LLC ("Marous") (Doc. No. 70), it is ORDERED that said Motion for Leave to Amend Counterclaim be and the same is hereby GRANTED.

It is further CONSIDERED and ORDERED that Marous' Motion to Strike (Doc. No. 70) be and the same is hereby DENIED.[1]

Done this 17th day of April, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Concerning Marous' argument that the Amended Counterclaim contains allegations which are "identical to the original counterclaim," the court refers Marous to Rule 15.1 of this district's local rules. See M.D. Ala. LR 5.1 ("Any amendment to a pleading . . . must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference.").