IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a corporation, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:07cv384-ID ) |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendants' Motions for Fees and Costs (Doc. Nos. 71, 73), it is ORDERED that said Motions be and the same are hereby DENIED without prejudice, with leave to re-file, if appropriate, at a later date after discovery has sufficiently progressed. (See Ct. Order, entered March 19, 2008.)

DONE this 18th day of April, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE