IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAY -1  A 9:24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| GIL BERRY ASSOCIATES, ET AL., | } |
| Plaintiffs, | } |
| v. | } CIVIL ACTION NO.: |
| | } 2:07-cv-00384-ID-CSC |
| ALABAMA STATE UNIVERSITY, ET AL., | } |
| Defendants. | } |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, and hereby enters her Notice of Appearance as counsel for Plaintiff, **GIL BERRY D/B/A GIL BERRY ASSOCIATES**, in the above styled case.

Respectfully submitted,

/s/ Sherryl Snodgrass Caffey
Sherryl Snodgrass Caffey, *pro hac vice*
Attorney for Plaintiff
P.O. Box 1327
Normal, Alabama 35801
(256) 551-0333
E-Mail: sscaffey@knology.net

## CERTIFICATE OF SERVICE

I, hereby certify that I served the foregoing upon the other known parties to this case, by placing copies of the same in the United States Mail, postage prepaid, and properly addressed. to:

R. Brooke Lawson III, Esq.
J. Lister Hubbard, Esq.
CAPELL & HOWARD, P.C.
P.O. Box 2069
150 South Perry Street
Montgomery, Alabama   36102-2069

Kenneth L. Thomas, Esq.
Ramadanah M. Salaam-Jones, Esq.
THOMAS, MEANS, GILLIS & SEAY, P.C.
P.O. Drawer 5058
Montgomery, Alabama   36103-5058

David E. Allred, Esq.
D. Craig Allred, Esq.
DAVID E. ALLRED, P.C.
P.O. Box 241594
Montgomery, Alabama   36124-1594

/s/ Sherryl Snodgrass Caffey
Sherryl Snodgrass Caffey
Attorney At Law
P.O. Box 1327
Normal, Alabama 35762
Phone: (256) 551-0333
Fax: (256) 551-0337
sscaffey@knology.net