IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 MAY -1  A 9: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **GIL BERRY ASSOCIATES, ET AL.,** | } |
| | } |
| Plaintiffs, | } |
| | } |
| v. | } CIVIL ACTION NO.: |
| | } 2:07-cv-00384-ID-CSC |
| **ALABAMA STATE UNIVERSITY, ET AL.,** | } |
| | } |
| Defendants. | } |

## MOTION TO APPEAR PRO HAC VICE

**COMES NOW** the undersigned counsel, and hereby moves this Honorable Court to permit her to appear pro hac vice as counsel for Plaintiff, **GIL BERRY D/B/A GIL BERRY ASSOCIATES**, in the above styled case; and as grounds therefor states the following:

1.  That she is duly licensed by the State of Alabama, the United States District Court for the Northern District of Alabama, the Eleventh Circuit Court of Appeals, and the United States Supreme Court;

2.  That her United States District Court for the Northern District of Alabama Certificate of Good Standing is enclosed herewith;

3. That she has been retained by the above named Plaintiff, and now desires to enter her Notice of Appearance by April 30, 2008 in compliance with this Court's Order in the instant case; and

4. That she has also enclosed her Notice of Appearance and the $50.00 Docket Fee for this Motion.

**WHEREFORE THE PREMISES CONSIDERED,** the undersigned attorney respectfully requests this Honorable Court to grant the within requested relief, *or in the alternative*, to enlarge the time for Plaintiff's new counsel to enter an appearance in this case.

Respectfully submitted,

*/s/ Sherryl Snodgrass Caffey*
Sherryl Snodgrass Caffey
Attorney At Law
P.O. Box 1327
Normal, Alabama 35801
(256) 551-0333
E-Mail: sscaffey@knology.net

## CERTIFICATE OF SERVICE

I, hereby certify that I served the foregoing upon the other known parties to this case, by placing copies of the same in the United States Mail, postage prepaid, and properly addressed. to:

R. Brooke Lawson III, Esq.
J. Lister Hubbard, Esq.
CAPELL & HOWARD, P.C.
P.O. Box 2069
150 South Perry Street
Montgomery, Alabama   36102-2069

Kenneth L. Thomas, Esq.
Ramadanah M. Salaam-Jones, Esq.
THOMAS, MEANS, GILLIS & SEAY, P.C.
P.O. Drawer 5058
Montgomery, Alabama   36103-5058

David E. Allred, Esq.
D. Craig Allred, Esq.
DAVID E. ALLRED, P.C.
P.O. Box 241594
Montgomery, Alabama   36124-1594

Sherryl Snodgrass Caffey
Attorney At Law
P.O. Box 1327
Normal, Alabama 35762
Phone: (256) 551-0333
Fax: (256) 551-0337
sscaffey@knology.net

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **Sherryl Snodgrass Caffey** was duly admitted to practice in said Court on 3/23/1990, and is in good standing as a member of the bar of said Court.

Dated at Huntsville, Alabama, on April 29, 2008.

SHARON N. HARRIS, CLERK

By: *Stephanie John*
Deputy Clerk

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004911
Cashier ID: khaynes
Transaction Date: 05/01/2008
Payer Name: SHERRYL S CAFFEY
-----------------------------------
PRO HAC VICE
 For: SHERRYL SNODGRASS CAFFEY
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
-----------------------------------
CHECK
 Check/Money Order Num: 2346
 Amt Tendered:  $50.00
-----------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

2:07-cv-00384-ID-CSC


Marous Brothers Construction, LLC
et al v. Alabama State University
et al
```