IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, LLC, a corporation, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Case No. 2:07cv384-ID ) |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the motion to appear *pro hac vice* (Doc. No. 92), it is ORDERED that said motion be and the same is hereby GRANTED and that Sherryl Snodgrass Caffey is hereby ADMITTED *pro hac vice* as counsel on behalf of Plaintiff Gil Berry d/b/a Gil Berry & Associates.

DONE this 2nd day of May, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE