**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **MAROUS BROTHERS CONSTRUCTION, L.L.C.,** a corporation, and **GIL BERRY**, an individual and d/b/a **GIL BERRY & ASSOCIATES,** | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| **ALABAMA STATE UNIVERSITY,** a public corporation; **W. KEN UPCHURCH III**, an individual; **PERCY THOMAS**, an individual; **TCU CONSULTING SERVICES, L.L.C.,** a corporation; **JOE A. LEE**, individually and in his official capacity as President of Alabama State University; **ELTON N. DEAN, SR.**, individually and in his officialcapacity as Chairman of the Board of Trustees of Alabama State University, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Case No. 2:07-CV-00384-ID-CSC

## JOINT STIPULATION OF DISMISSAL

Plaintiff/Counterclaim Defendant Marous Brothers Construction, Inc. ("Marous"), by and through its undersigned attorney, and Defendants/Counterclaim Plaintiffs W. Ken Upchurch III ("Upchurch"), Percy Thomas ("Thomas"), and TCU Consulting Services, LLC ("TCU"), by and through their undersigned attorneys, agree and stipulate as follows:

1. Marous' Complaint, and all amendments thereto, against Upchurch, Thomas, and TCU shall be dismissed with prejudice, each party to bear its own costs.

2. Upchurch, Thomas, and TCU's counterclaim, and all amendments thereto, against Marous shall be dismissed with prejudice, each party to bear its own costs.

3.     Marous' claims against defendants Alabama State University, Joe A. Lee, and Elton N. Dean, Sr. remain pending and should not be dismissed.

4.     Upchurch, Thomas, and TCU's counterclaims against Plaintiff/Counterclaim Defendant Gil Berry remain pending and should not be dismissed.

Respectfully submitted this 12th day of June, 2008.

/s/Champ Lyons III
**CHAMP LYONS, III**

Attorney for Plaintiff/
Counterclaim Defendant Marous Brothers Construction, Inc.

OF COUNSEL:
**KING, HORSLEY & LYONS, LLC**
One Metroplex Drive
Suite 280
Birmingham, Alabama 35209

/s/R. Brooke Lawson III
**J. LISTER HUBBARD (HUB007)**
**R. BROOKE LAWSON III (LAW026)**

Attorneys for Defendants/
Counterclaim Plaintiffs TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama  36102-2069
334/241-8000

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the following was served on the following by electronic filing, on this the 12th day of June, 2008:

Kenneth L. Thomas, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

Champ Lyons, III, Esq.
King, Horsley & Lyons, LLC
One Metroplex Drive
Suite 280
Birmingham, Alabama 35209

David E. Allred, Esq.
D. Craig Allred, Esq.
David E. Allred, P.C.
P.O. Box 241594
Montgomery, Alabama 36124-1594

Sherryl Snodgrass Caffey, Esq.
P.O. Box 1327
Normal, Alabama 35801

                                            /s/R. Brooke Lawson III
                                            Of Counsel