IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Marous Brothers Construction, LLC,** a corporation, and **Gil Berry,** an individual d/b/a Gil Berry & Associates, | ) ) ) ) |
| PLAINTIFFS, | ) C.A.N.: 2:07-cv-00384-ID-CSC ) |
| v. | ) ) |
| **Alabama State University, et al.,** | ) ) ) |

## MOTION TO WITHDRAW

Ramadanah M. Salaam-Jones hereby moves this Court to enter an Order allowing him to withdraw as counsel on behalf of the Defendants Alabama State University, President Joe A. Lee, and Chairman Elton N. Dean, Sr. in the above entitled action. As grounds for this motion, counsel would offer that she will no longer be employed with the firm of Thomas, Means, Gillis, and Seay. P.C. after September 5, 2008. The Plaintiff will continue to be represented by other members of the firm.

Respectfully submitted,

/s/ Ramadanah M. Salaam-Jones
**RAMADANAH M. SALAAM-JONES (SAL026)**

OF COUNSEL:
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court
P.O. Drawer 5058
Montgomery, Alabama  36106
(334) 270-1033
(334) 260-9396 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing system on this the 27th day of August, 2008:

Sheryl Snodgrass Caffey, Esq.
P.O. Box 1327
Normal, Alabama 35762

Champ Lyons, III, Esq.
**KING, HORSLEY & LYONS, LLC**
One Metroplex Drive
Suite 280
Birmingham, Alabama 35209

J. Lister Hubbard, Esq.
R. Brooke Lawson, Esq.
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000
Fax: (334) 323-8888


                                                /s/ Ramadanah M. Salaam-Jones
                                                **OF COUNSEL**