IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAROUS BROTHERS CONSTRUCTION, ) | |
| LLC, a corporation, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-CV-384-ID |
| ) | |
| ALABAMA STATE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon CONSIDERATION of the Motion to Withdraw (Doc. No. 96), filed by Ramadanah Salaam-Jones, counsel for Defendants Alabama State University, President Joe A. Lee, and Chairman Elton N. Dean, Sr., and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 28th day of August, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE