**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MAROUS BROTHERS** ) | |
| **CONSTRUCTION, L.L.C.,** ) | |
| a corporation, and **GIL BERRY**, an ) | |
| individual and d/b/a **GIL BERRY** ) | |
| **& ASSOCIATES,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| **ALABAMA STATE UNIVERSITY,** ) | Case No. 2:07-CV-00384-ID-CSC |
| a public corporation; **W. KEN** ) | |
| **UPCHURCH III**, an individual; ) | |
| **PERCY THOMAS**, an individual; ) | |
| **TCU CONSULTING SERVICES, L.L.C.,** ) | |
| a corporation; **JOE A. LEE**, individually ) | |
| and in his official capacity as President ) | |
| of Alabama State University; **ELTON N.** ) | |
| **DEAN, SR.**, individually and in his ) | |
| officialcapacity as Chairman of the ) | |
| Board of Trustees of Alabama State ) | |
| University, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS**
**TO COUNTERCLAIM AGAINST GIL BERRY**

Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for entry of summary judgment in their favor as to their counterclaim against Plaintiff Gil Berry. As discussed more fully in the Defendants' Brief in Support of Motion for Summary Judgment as to Counterclaim Against Gil Berry, there are no genuine issues as to any material facts with respect to such claim and, accordingly, the Defendants are entitled to a judgment as a matter of law. This motion is based upon the brief with supporting exhibits, filed contemporaneously herewith.

WHEREFORE, Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas respectfully request that this Court grant their Motion for Summary Judgment as to Counterclaims Against Gil Berry. The TCU Defendants request a hearing regarding the amount of damages incurred as a result of Berry's defamatory statements.

/s/        R. Brooke Lawson III
**J. LISTER HUBBARD  (HUB007)**
**R. BROOKE LAWSON III  (LAW026)**

Attorneys for Defendants TCU Consulting Services, LLC, W. Ken Upchurch III, and Percy Thomas

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama  36102-2069
334/241-8000

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the following was served on the following by electronic filing, on this the 2nd day of September, 2008:

Kenneth L. Thomas, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

Jock M. Smith, Esq.
Cochran, Cherry, Givens & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, Alabama 36083

Champ Lyons, III
King, Horsley & Lyons, LLC
One Metroplex Drive
Suite 280
Birmingham, Alabama 35209

David E. Allred, Esq.
D. Craig Allred, Esq.
David E. Allred, P.C.
P.O. Box 241594
Montgomery, Alabama 36124-1594

Sherryl Snodgrass Caffey, Esq.
P.O. Box 1327
Normal, Alabama 35801

                                              /s/         R. Brooke Lawson III
                                              Of Counsel