IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Marous Brothers Construction, LLC,** a corporation, and **Gil Berry,** an individual d/b/a Gil Berry & Associates, | ) ) ) ) |
| PLAINTIFFS, | )C.A.N.: 2:07-cv-00384-ID-CSC ) |
| v. | ) ) |
| **Alabama State University, et al.,** | ) ) ) |

### DEFENDANTS ALABAMA STATE UNIVERSITY, PRESIDENT JOE A. LEE AND CHAIRMAN ELTON N. DEAN, SR.'S RENEWED MOTION FOR SUMMARY JUDGMENT

**COME NOW** the Defendants Alabama State University, President Joe A. Lee and Chairman Elton N. Dean, Sr. (hereinafter collectively referred to as the "ASU Defendants") and hereby file this Renewed Motion for Summary Judgment. The ASU Defendants state the following:

1. On March 5, 2008, the ASU Defendants filed a Motion for Summary Judgment [Doc. 76] and Memorandum Brief in Support of Motion for Summary Judgment [Doc. 78] against all of the Plaintiffs' claims against them.

2. On March 19, 2008, the Court entered an Order allowing counsel for Plaintiff Gil Berry to withdraw and dismissing all pending dispositive motions without prejudice to allow further discovery.

3. The ASU Defendants having determined that no additional or information or argument is needed to supplement its original filings simply renew their Motion for

Summary Judgment [Doc. 76] and Memorandum Brief in Support of Motion for Summary Judgment [Doc. 78] as previously filed.

**WHEREFORE, PREMISES CONSIDERED** the ASU Defendants respectfully requests that this Court enter summary judgment in their favor.

Respectfully Submitted,

/s/ Kenneth L. Thomas
**KENNETH L. THOMAS (THO043)**

**OF COUNSEL:**
**THOMAS, MEANS,GILLIS,& SEAY,  P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033
Fax: (334)260-9396

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing system on this the 2nd day of September, 2008:

Sheryl Snodgrass Caffey, Esq.
P.O. Box 1327
Normal, Alabama 35762

Champ Lyons, III, Esq.
**KING, HORSLEY & LYONS, LLC**
One Metroplex Drive
Suite 280
Birmingham, Alabama 35209

J. Lister Hubbard, Esq.
R. Brooke Lawson, Esq.
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000
Fax: (334) 323-8888

/s/ Kenneth L. Thomas
**OF COUNSEL**